**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | USA Today - Volkswagen Emission Scandal Widens |
| 2 | Bosch - 2014 Annual Report |
| 3 | DieselNet - Heavy-Duty Diesel Engines with Aftertreatment |
| 4 | GM - Five Diesel Myths Debunked |
| 5 | GMC - 2016 Sierra 2500 information |
| 6 | Chevrolet - Using Diesel Exhaust Fluid with the Duramax |
| 7 | Duramax Hub - 6.6L Duramax LML |
| 8 | 2015 GMC Sierra 2500HD brochure |
| 9 | 2014 GMC Sierra 2500HD brochure |
| 10 | 2013 GMC Sierra 2500HD brochure |
| 11 | 2012 GMC Sierra 2500HD brochure |
| 12 | GMC Sierra 2500HD Denali 2500HD – 2011 brochure |
| 13 | Bosch Press Release - The brain of diesel injection |
| 14 | Bosch Auto Parts - Engine management |
| 15 | BBC - Volkswagen: The scandal explained |
| 16 | Automotive News - Bosch probes whether its staff helped VW's emissions rigging |
| 17 | ESCRYPT - Reliable Protection for ECUs |
| 18 | Car and Driver - EPA Investigating Bosch over VW Diesel Cheater Software |
| 19 | Reuters - Volkswagen probe finds manipulation was open secret in department |

- 2 -

| Exhibit | Description |
|---|---|
| 20 | Autoweek - VW chairman Poetsch: Company 'tolerated breaches of rules' |
| 21 | Handelsblatt Global - Dieselgate's Roots Stretch Back to Audi |
| 22 | Autocar - VW emissions scandal: how Volkswagen's 'defeat device' works |
| 23 | Automotive News - Bosch warned VW about illegal software use in diesel cars, report says |
| 24 | BBC - VW Scandal: Company Warned over Test Cheating Years Ago |
| 25 | Autonews - Bosch boosts US diesel lobbying |
| 26 | Bosch - Bosch drives clean diesel in California |
| 27 | Bosch - Bosch Brings Innovation, Green Technology to SAE 2009 World Congress |
| 28 | Bosch - Bosch: Clean Diesel is Key Part of Future Technology Mix |
| 29 | The U.S. Coalition for Advanced Diesel Cars - California Diesel Days |
| 30 | Automotive News - New Coalition Aims To Promote Diesel Cars |
| 31 | The U.S. Coalition for Advanced Diesel Cars - About the Coalition |
| 32 | Letter to Chairman Mary Nichols and CARB (Jan. 8, 2016) |
| 33 | Volkswagen - Volkswagen Jetta TDI Cup Drivers Take to the Track for the First Time in 2010 at VIR |
| 34 | Diesel Technology Forum - "Clean Diesel Clearly Better" Campaign for Clean Diesel Cars Welcomed |
| 35 | EPA's Notice of Violation to FCA (Jan. 12, 2017) |
| 36 | EPA News Release - EPA Notifies Fiat Chrysler of Clean Air Act Violations (Jan. 12, 2017) |
| 37 | EPA's Notice of Violation to Volkswagen (Sept. 18, 2015) |

| Exhibit | Description |
|---|---|
| 38 | TNO - Detailed investigations and real-world emission performance of Euro 6 diesel passenger cars |
| 39 | Transport & Environment - VW's cheating is just the tip of the iceberg |
| 40 | Transport & Environment - Five facts about diesel the car industry would rather not tell you |
| 41 | Emissions Analytics Press Release |
| 42 | Jalopnik - Feds Are Now Investigating Volkswagen Supplier Bosch Over Dieselgate |