# EXHIBIT 5





   





For fast starts in cold weather, quiet operation and maximum efficiency, the direct injection system helps Sierra HD with the available DURAMAX diesel engine start in as little as 3 seconds at -40°C and operates at nearly 30,000 psi to turn heavy diesel fuel into a fine mist, delivering low emissions and great power.

- StabiliTrak intelligently manages braking and throttle to help keep the vehicle on its intended path
- Automatic Locking Rear Differential delivers increased traction
- Driver Shift Control lets you shift gears up and down with the tap of the shift selector
- Digital Steering Assist enables ease of handling at low speeds and improved steering feel at high speeds

## SUSPENSION

Sierra 2500HD delivers a smooth ride with a fully independent coil-over-shock front suspension and 3"-wide multistage rear leaf springs, which engage progressively as the load in the bed or the hitch increases.

**COMPARE PERFORMANCE FEATURES >**

## EXTERIOR
*BACK TO TOP ^*

Nearly two-thirds of the Sierra cab structure is made from high-strength steels. It's a fortress of strength that contributes to the Sierra's quiet cabin. We also use high-strength steel in our fully-boxed frame rails and major frame cross-members, the 2016 Sierra 2500HD is clearly a respected leader in the heavy duty truck market...by example.



SIERRA 2500 DENALI MODEL SHOWN

  

### CARGO BOX INNOVATION

The 2016 GMC Sierra 2500HD pickup truck shows how our "Never Say Never" approach to engineering can transform working harder into working smarter. The truck's high-strength steel bed includes innovative, intuitive features such as:

- CornerStep rear bumper with integrated handholds provides easy access to the box when the tailgate is lowered or up
- Available spray-on bedliner
- New available remote locking tailgate
- Available LED box lighting to help you see inside when a tonneau cover is installed
- Eight total tie-down hooks including four moveable upper hooks

### AVAILABLE SPRAY-ON BEDLINER

Our high-performance bedliner helps to protect your truck bed from scratches, dents and corrosion by providing it with a durable, watertight seal that:

- Utilizes a textured, non-skid, anti-corrosive surface
- Covers bed surfaces below the bed rails
- Features a prominent GMC logo on the front wall of the box
- Helps to extend the life of both your equipment and your truck

### ATTENTION TO DETAIL

It's the little things that take the Sierra 2500HD to an unparalleled level of refinement. Sierra 2500HD features design details such as:

- Projector headlamps with new HID bulbs
- LED signature front lighting now standard on all models
- Bright chrome grille surround
- Bright chrome bumpers
- Available 20" polished aluminum wheels
- Wheel arch moldings
- Available chrome belt moldings

**PHOTOS & VIDEOS >**

## INTERIOR
*BACK TO TOP ^*

Take one look inside the 2016 GMC Sierra 2500HD heavy-duty pickup truck and you'll see we've elevated the standard for truck interiors. With premium available materials like the soft-touch instrument panel with real aluminum trim, available technologies like 4G Wi-Fi Hotspot,[6] superior comfort and advanced safety features, the Sierra's crafted interior is the complete package



  

### EXCEPTIONALLY QUIET CABIN

Sierra 2500HD's cabin is engineered to provide you and your passengers with a noticeably quiet interior. Features contributing to cabin quietness include:

- Triple door seals that block outside noise
- Shear and hydraulic body mounts with hydraulic engine mounts to reduce vibration
- Aerodynamic exterior mirrors that reduce wind noise

### PREMIUM MATERIALS

Attention to detail, interior craftsmanship and quality appointments make the 2016 Sierra 2500HD heavy-duty pickup a cut above other trucks with available:

- Leather-appointed seating surfaces and leather-wrapped steering wheel
- Soft-touch instrument panel and door trim
- Aluminum trim accents on instrument panel, steering wheel, and center console
- Contrast stitching throughout the cabin

### COMFORT & CONVENIENCE

Style meets substance inside the 2016 Sierra 2500HD truck. From the exceptional storage space in the center console, to comfort and convenience features, Sierra truly has no peer. Features include:

- Available heated and ventilated seats
- Available heated leather-wrapped steering wheel
- Comfortable, dual-density foam seats
- Available wireless charging pad
- A center console big enough to store hanging file folders, laptops, and much more is included with bucket-seat models
- USB[7] ports and 12V charging outlets
- Available 110V power outlet
- Locking under-seat storage on SLE and SLT models with front bench seating

**PHOTOS & VIDEOS >**

## TECHNOLOGY
*BACK TO TOP ^*

The 2016 Sierra 2500HD pickup truck sets a higher standard with purposeful technology — to help you stay connected and in control.



### INTELLILINK

The available 8" diagonal Color Touch Radio with IntelliLink[8] lets you customize your media and connect to your world. Standard on SLE and SLT, features include:

- 8" diagonal customizable color touch screen
- Multiple customizable homepages
- Bluetooth connectivity[9]
- Natural Language voice command
- Connect media libraries from multiple devices with MyMedia
- Customizable "Favorites." Save and quickly access albums, songs, artists, destinations and contacts
- Smartphone integration for hands-free calling and phone book access
- Ability to stream Pandora® Internet Radio[10]
- HD Radio

### 4G WI-FI HOTSPOT

Available 4G Wi-Fi hotspot helps you stay connected to the internet on the go.[8] It's available and ready to connect to your devices, giving you an integrated and customizable in-vehicle experience.

### MYGMC MOBILE APP[11]

Remotely control your vehicle from virtually anywhere with the app that lets you remote start your vehicle (if equipped), pinpoint it on a map, manage your vehicle's 4G Wi-Fi hotspot (if equipped) fuel level, tire pressure and oil life.

### REAR VISION CAMERA

The available Rear Vision Camera helps to provide clarity and peace of mind while you maneuver and park your Sierra truck— even in the tightest of spots. It provides a view behind the vehicle, which is displayed in the radio screen.

### SAFETY ALERT TECHNOLOGIES

To help avoid trouble, Sierra is the first heavy-duty pickup to offer the new available driver alert package, including Forward Collision Alert, Lane Departure Warning, and the Safety Alert Seat. These innovations help make you aware of the driving environment surrounding your Sierra 2500HD.

## TRIMS

BACK TO TOP ^



STANDARD ON THE 2016 SIERRA 2500





- 6.0L V8 GAS ENGINE ✓
- STABILITRAK WITH TRACTION CONTROL ✓
- HEAVY-DUTY AUTOMATIC LOCKING REAR DIFFERENTIAL ✓
- CORNERSTEP REAR BUMPER ✓
- HYDRAULIC BODY MOUNTS AND TRIPLE DOOR SEALS ✓

KEY: ● STANDARD  A AVAILABLE  — N/A

| FEATURES | SIERRA | SLE | SLT | DENALI |
|---|---|---|---|---|
| HID Projector Beam Headlamps with LED Signature Lighting | ● | ● | ● | ● |
| Digital Steering Assist | — | A | A | ● |
| 6.6L V8 DURAMAX Diesel | A | A | A | A |
| Allison Series 1000 Transmission | A | A | A | A |
| Heavy-Duty Automatic Locking Rear Differential | ● | ● | ● | ● |
| Black Trailering Mirrors | A | A | — | — |
| Chrome Trailering Mirrors | — | — | A | A |
| Fog Lamps | — | A | ● | ● |
| LED Cargo Box Lighting | A | ● | ● | ● |
| Trailering Equipment Package | A | ● | ● | ● |
| Rear Vision Camera | A | ● | ● | ● |
| EZ-Lift and Lower Tailgate | — | ● | ● | ● |
| Leather-Appointed Seating | — | A | ● | ● |
| Spray-on Bed Liner | A | A | A | ● |
| Remote Vehicle Starter System | — | A | ● | ● |
| Integrated Trailer Brake Controller | A | ● | ● | ● |
| Front and Rear Park Assist | — | — | A | ● |
| Heated and Vented Front Leather-Appointed Seats | — | — | A | ● |
| Bose Sound System | — | — | A | ● |
| 4.2-inch Diagonal Driver Information Center | — | ● | ● | — |
| 8-inch Customizable Driver Display | — | — | — | ● |
| Signature Denali Grille | — | — | — | ● |
| STARTING MSRP[1] | $33,535 | $40,330 | $47,445 | $54,590 |
| BUILD & PRICE | SIERRA | SLE | SLT | DENALI |

VIEW MORE DETAILS >

SIERRA 2500 DENALI VEHICLE DETAILS >

### ALL TERRAIN PACKAGE

BACK TO TOP ^

The 2016 GMC Sierra HD All Terrain Package lets you trailer and haul your payload wherever you need to, whether that takes you on a paved road – or off one. Front and rear body-color bumpers, a more aggressive grille and distinct badging lets you do it with style and presence.





**OFF-ROAD CAPABILITY**
- All-Terrain tires
- Twin tube Rancho brand shocks
- Underbody Shield
- Off-Road Driver Information Center graphics

**EXTERIOR**
- Front and Rear Body-color Bumpers
- All Terrain Grille Insert with Chrome Grille Surround
- All Terrain badging on front doors and tailgate

**INTERIOR**
- Heated Steering Wheel
- Sill Plates
- Carpeted Floor Mats

## SAFETY

BACK TO TOP

The 2016 Sierra 2500HD's state-of-the-art safety and driver alert technologies provide peace of mind and help prepare you for the unexpected.



SIERRA 2500 DENALI MODEL SHOWN

**DRIVER ALERT TECHNOLOGIES**

Sierra 2500HD's advanced technologies pair intelligent engineering with driver-centric safety, using cameras or ultrasonic sensors to watch where you might not be looking. Sierra is the first pickup to offer this technology, which lets you know when you are approaching another vehicle too quickly or when you've left your driving lane.

These available technologies include:

- Forward Collision Alert
- Lane Departure Warning
- Safety Alert Seat

**ONSTAR[3]**

- Standard 3-month trial to the OnStar® Guidance Plan[12]
- Service includes Automatic Crash Response, Turn-by-Turn Navigation, Roadside Assistance, AtYourService, a link to emergency services, and Remote Door Unlock.
- The OnStar Basic Plan, which is available for five years from vehicle delivery date, includes OnStar Vehicle Diagnostics, Dealer Maintenance Notification and access to myGMC mobile app services.[11]

Safety features are no substitute for the driver's responsibility to operate the vehicle in a safe manner. The driver should remain attentive to traffic, surroundings, and road conditions at all times. Read the vehicle owner's manual for important feature limitations and information.

**GMC SAFETY MESSAGE**

Your safety is very important to us. If you want to determine whether or not there is a recall on your current vehicle or on a vehicle you are considering, visit safercar.gov or call (888) 327-4236.

VIEW ALL SAFETY FEATURES >

## PRO GRADE PROTECTION

BACK TO TOP



Standard on every 2016 GMC Sierra 2500HD, GMC Pro Grade Protection has you truly protected with features and services including:

- Two maintenance visits (includes DEF for diesel)[13]
- 3-year/36,000-mile Bumper-to-Bumper Limited Warranty[14]
- 5-year/ 60,000-mile Powertrain Limited Warranty[14]
- HD Duramax Diesel 5 year/100,000-mile Powertrain Limited Warranty[14]
- 5-Year/60,000-mile Roadside Assistance & Courtesy Transportation[14]
- HD Duramax Diesel 5 year/100,000-mile Roadside Assistance & Courtesy Transportation[14]
- 3-month trial of OnStar[12] Guidance Plan with a suite of emergency security and diagnostic services
- 5-year OnStar Basic Plan[15]

HD PRO GRADE PROTECTION >    HD DURAMAX DIESEL PRO GRADE PROTECTION >

**GMC VEHICLES**
All GMC Vehicles
Trucks
Crossovers & SUVs
Vans
Denali Line
Future Vehicles
Commercial Vehicles
Fleet
Certified Pre-Owned

**SHOPPING TOOLS**
Build & Price
Trucks Trailering & Towing
Download Brochures
Current Offers
Request A Quote
View Inventory
Locate A Dealer
Shop, Click, Drive.
Estimate Payments
Trade-In Appraisal
Apply For Credit
Military Discount
College Discount
Factory Pre-Owned
Vehicle Purchase Program

**FOR OWNERS**
GMC Owner Center
Certified Service
Accessories
Manuals
Trailering Charts
Warranty & Protection
Recalls
Gifts & Apparel
Safety Technology
Accessories

**ABOUT GMC**
Mobile
Auto Shows
Contact Us
GMC IntelliLink
SiriusXM Satellite Radio

**MORE...**
Sitemap
GM Sites
GM Worldwide
Copyright & Trademark Info
GM Privacy Statement
Important Information
Website Usage
Request Test Drive
Business Elite
Warranty Pre-Paid
Maintenance
Warranty Appearance
Guard
Trailering Charts
BuyPower Card
Mobile Apps
Chat Now
GMC Life - Trucks
GMC Life - SUVs
GMC Life - News
GMC Life - Performance and Design
GMC Life - Technology

GMC Life - How to
GMC Life - The Path To Precision
GMC Life - All Stories

*Premium color available at additional cost.
**Premium color available at additional cost. Double Cab model only.
1. The Manufacturer's Suggested Retail Price excludes destination freight charge, tax, title, license, dealer fees and optional equipment. See your GMC dealer for details. Click here to see all GMC destination freight charges.
2. Trailer weight ratings are calculated assuming properly equipped vehicle, plus driver and one passenger. The weight of other optional equipment, passengers, and cargo will reduce the trailer weight your vehicle can tow. See dealer for details.
2. Not compatible with all devices.
3. Maximum payload capacity includes weight of driver, passengers, optional equipment, and cargo.
4. GM reported full-size pickup and van fleet and retail vehicle deliveries. Vehicle Model Year 2000–2014 through August 2015.
5. Based on GM testing and fuel tank capacity. Your range may be less.
6. Requires a compatible mobile device, active OnStar service and data plan. 4G LTE service available in select markets. Visit onstar.com for coverage map, details and system limitations.
7. Not compatible with all devices.
8. Full functionality requires compatible Bluetooth® and smartphone. Some devices require USB connectivity.
9. Visit https://my.gmc.com/learn to see which phones are compatible with each vehicle.
10. Data plan rates apply.
11. Requires data plan, compatible vehicle and device. Some features require factory installed remote start, power locks, tire pressure monitoring system, or active OnStar service.
12. Visit onstar.com for details and system limitations. OnStar acts as a link to existing emergency service providers.
13. Maintenance visits must occur within two years or 24,000 miles of vehicle delivery, whichever comes first. Does not include air filters. See participating dealer for other restrictions and complete details.
14. Whichever comes first. See dealer for limited warranty details.
15. Does not include emergency or security services. Visit onstar.com for coverage map, details and system limitations.

© 2017 General Motors    AdChoices                                                                Follow Us: