# EXHIBIT 9







MODELS

3 Introduction

6 Interior

FEATURES & BENEFITS

10 Exterior

12 Interior Convenience

14 Entertainment

16 Drivetrain

18 Chassis

20 Trailering

21 Safety

SELECTION

22 Interior Colors

23 Exterior Colors

24 Accessories

25 Specifications



**2014 GMC SIERRA HD.** Continuous innovation results from a steadfast refusal to engineer anything less than Professional Grade vehicles. That's why the 2014 Sierra Heavy Duty series works hard and smart at the same time. Rejecting compromise and crafting every detail, it is the strongest, most powerful and most capable lineup of Sierra HD pickups, ever. Engineered to help you achieve more, haul more and trailer more thanks to deep reserves of heavy-duty power and torque. And now GMC Pro Grade Protection is standard on every 2014 Sierra HD. Learn more about this enhanced peace of mind on page 15. GMC. We Are Professional Grade.



Overpower obstacles with a choice of powertrains, pg. 16.

SIERRA 2500HD CREW CAB SLT IN QUICKSILVER METALLIC shown with available equipment.

MODELS | 2

**MODELS**

# SIERRA 2500HD AND 3500HD: DOING MORE. WITH MORE.

When there's tough work to do or serious recreation to enjoy, GMC Sierra 2500HD and Sierra 3500HD are your trucks. They share intelligence, versatility and strength—both models offer the most standard trailering in their class— distinguished only by their capabilities. Sierra 2500HD provides a maximum ¾-ton fifth-wheel trailer rating of up to 17,800 lbs[1] and a maximum payload of up to 4212 lbs.[2] Elevate the capability with Sierra 3500HD in either single- or dual-rear-wheel configurations and get a max fifth-wheel trailer rating of up to 23,100 lbs[1] and a max payload of up to 7222 lbs.[2] In either series, you can raise the standards of Professional Grade to the highest level of excellence with Sierra Denali.

Maximum trailer weight ratings are calculated assuming a base vehicle, except for any option(s) necessary to achieve the rating, plus driver. The weight of other optional equipment, passengers and cargo will reduce the maximum trailer weight your vehicle can tow. See your GMC dealer for additional details. [2]Maximum payload capacity includes weight of driver, passengers, optional equipment and cargo.



Put the high-strength, fully boxed steel HD frame to work, pg. 18.



SIERRA 3500HD CREW CAB SLT WITH DUAL REAR WHEELS
IN QUICKSILVER METALLIC shown with available equipment.

Increase your braking confidence with
the available diesel exhaust brake, pg. 19.

MODELS | 4





Get a warm welcome with a leather-wrapped, heated steering wheel, pg. 12.

SIERRA 2500 DENALI HD INTERIOR IN EBONY
shown with available equipment.

MODELS | 6



MODELS | 7

COMFORT ZONE. Sierra Denali HD is a truck built by—and for—those who demand attention to detail. Its seating surfaces are trimmed in premium leather that's perforated for comfort. The front seats are heated, cooled and feature 12-way power adjustment. The gauge cluster integrates a Driver Information Center, putting valuable information in one place. Every surface says this is no ordinary truck. Every feature contributes to making Denali the ultimate Sierra.

Control your environment with dual-zone climate control, pg. 12.

More music to your ears with Bose® Centerpoint® surround sound system, pg. 14.



SIERRA 2500HD CREW CAB SLT IN ONYX BLACK
shown with available equipment.

FEATURES & BENEFITS

## PROFESSIONAL GRADE: YOUR USER'S GUIDE.

The following pages offer detailed insights into the driving, hauling and trailering benefits Sierra HD pickups provide. Sierra HD trucks don't simply happen. They are born of a strict adherence to engineering excellence. Every component is the result of never saying never to what's possible. And to make sure the strongest, most powerful and most capable Sierra HD pickups stay that way, we back them with Pro Grade Protection (see page 15 to learn more).



FEATURES & BENEFITS | 9

Make it easier to get in and out of your Sierra
with available accessory assist steps, pg. 24.

Keep you and your trailer heading in the same
direction with Trailer Sway Control, pg. 20.

EXTERIOR FEATURES

# LOADED EVEN BEFORE YOU LOAD IT.
No matter which one you choose, Sierra 2500HD and Sierra 3500HD ingeniously combine brains and brawn. They're equipped with features (as well as available options) that will help bring any job down to size, while making your travels feel nearly effortless.

The following are just a few of the features that make Sierra HD the heavy favorite in heavy dutys.

## SIERRA 2500HD

**1** SIERRA 2500 DENALI HD Our ¾-ton Sierra 2500 Denali HD sits on a fully boxed, high-strength steel frame specifically engineered for HD applications. With the available Duramax Diesel 6.6L V-8 Turbo, it has a trailering capacity of up to 17,400 lbs.¹

**2** PAYLOAD AND TRAILERING Sierra 2500HD has a maximum payload of up to 4212 lbs² and with the available Duramax Diesel 6.6L V-8 Turbo, a maximum trailering capacity of up to 13,000 lbs¹ with a conventional ball hitch, or up to 17,800 lbs¹ with a fifth-wheel or gooseneck hitch.

**3** FOLDING MIRRORS The outside mirrors fold to make it easier to navigate tight spaces. Available camper mirrors (shown at bottom right) extend to give you a wide view, and you can retract them when parking in narrow spaces.

**4** RECIRCULATING BALL STEERING Sierra HD models feature recirculating ball power steering. The high-capacity power steering pump and large reservoir help to give a constant level of assist, even when operating at the maximum weight.









## SIERRA 3500HD

**SIERRA 3500 DENALI HD** Our Sierra 3500 Denali HD is the ultimate expression of Professional Grade engineering. It offers an available maximum payload of up to 5464 lbs² and maximum trailering of up to 22,800 lbs¹ with the available Duramax Diesel 6.6L V-8 Turbo.

**WIDE-VIEW MIRROR** All 3500HD models come standard with vertical camper-style, convex spotter surface mirrors that help you see what's along your sides when you're trailering a wide load.

**TRAILERING CAPACITY** An impressive 1-ton maximum fifth-wheel trailering capacity of up to 23,100 lbs¹ and a GCWR of 30,500 lbs.³

**PAYLOAD CAPACITY** The 3500HD Regular Cab 2WD Long Box with dual rear wheels offers a maximum payload capacity of up to 7222 lbs.² If it's cargo and crew you need to haul, or a combination of both, the Sierra Crew Cab is a Sierra built for the heaviest of heavy-duty jobs.









Maximum trailer weight ratings are calculated assuming a base vehicle except for any options required to achieve the rating, plus driver. The weight of other optional equipment, passengers and cargo will reduce the maximum trailer weight your vehicle can tow. See your GMC dealer for additional details. ²Maximum payload capacity includes weight of driver, passengers, optional equipment and cargo. When properly equipped; includes weight of the vehicle and trailer combination, including the weight of driver, passengers, fuel, optional equipment and cargo in the vehicle and trailer.

FEATURES & BENEFITS |11

INTERIOR FEATURES

## BUSINESS CLASS.
Climb into the cab of a Sierra HD and you'll quickly realize everything that surrounds you has been purpose-built for your needs. From the integration of advanced technologies to the supportive seats to carefully calculated storage bins, Sierra HD's spacious interior is designed to put the driver in control and passengers at ease. After all, GMC engineers feel work shouldn't be without its comforts.







**POWER FRONT SEATING** Get comfortable with power-adjustable front seats. Power driver-seat adjustment is available for 40/20/40 seating with select equipment packages, and power driver and passenger seats are included with all bucket seats in SLE (six-way), SLT (10-way) and Denali (12-way).

**HEATED AND COOLED FRONT SEATS** The ultimate in all-weather comfort, these seats are appointed in a perforated leather that allows the cooling feature to circulate air between you and the seat surface. They are standard on Denali and available on SLT models.

**POWER-ADJUSTABLE PEDALS** To help drivers of varying sizes sit at a comfortable distance from the steering wheel, adjustable pedals with memory are available on SLE and SLT models, and are standard on Denali.

**HEATED STEERING WHEEL** Exclusive to Denali, the leather-wrapped, heated steering wheel adds soothing warmth whenever the driver demands it.

**BLUETOOTH® FOR PHONE** Extend your capabilities by activating the available Bluetooth feature. This lets your Bluetooth device work through the vehicle's controls and features already installed in your Sierra HD, including hands-free operation and dialing.

*Go to gmtotalconnect.com to find out which phones are compatible with the vehicle.*

**CLIMATE CONTROL** All Sierra models are equipped with air conditioning. Automatic dual-zone climate control with individual settings for the driver and right-front passenger is standard on SLT and Denali, and available on SLE.

**DRIVER INFORMATION CENTER** Staying in touch with important vehicle information is as easy as pressing a button. The Driver Information Center includes the odometer and trip odometers, as well as a message center that includes vital vehicle functions and driving conditions. SLE, SLT and Denali include a compass and outside temperature indicator.

CONVENIENCE FEATURES

# THAT'S EASY.
Available on Sierra HD are a number of advanced features to enhance your level of convenience. Each helps transform ordinary tasks, like starting the vehicle, searching for a song and backing into a parking space, seamlessly integrating innovative technologies to create an exceptional driving experience. These are features you shouldn't leave home without.









**10 REAR-VISION CAMERA SYSTEM** Make it easier to back up to a trailer or negotiate a tight space. This available system places a monitor in your rearview mirror (or navigation screen, if equipped) to display a view of the area behind the vehicle. The Rear-Vision Camera does not replace driver vision. Please use proper care when backing up.

**11 REMOTE VEHICLE START** This available feature lets you start your vehicle from up to 195 feet away. Your Sierra HD will run for up to 10 minutes. If equipped with the automatic climate control system, it will default to heating or cooling mode based on the outside temperature.

**12 UNIVERSAL HOME REMOTE** Never get locked out again. This available remote can be easily programmed to operate the majority of garage-door-opening systems and has the benefit of never needing batteries.

**ULTRASONIC REAR PARKING ASSIST** This available system sends out ultrasonic waves that act like rear bumper radar to alert you to the distance of objects up to 8 feet behind the vehicle. The system operates at speeds less than 5 mph. The closer you are, the faster it beeps.

**13 STEERING-WHEEL-MOUNTED RADIO CONTROLS** Access your audio system with your fingertips while you keep your eyes on the road. These available fingertip controls can also manage most music search features of compatible MP3 and iPod® players, as well as Bluetooth® for phone.

*Go to gmtotalconnect.com to find out which phones are compatible with the vehicle.

FEATURES & BENEFITS |13

ENTERTAINMENT

# WORK HARD. PLAY HARD. Sierra HD is available with a range of entertainment technologies to enhance your drive. The quiet cabin is the ideal

starting point for you and your passengers to enjoy available audio and the DVD Rear-Seat Entertainment System. Finding the information, music and video

you want is easy thanks to steering-wheel and touch-screen controls at your fingertips.







**14 BOSE® AUDIO SYSTEMS** Bose audio is engineered to give you the realism and presence of a live performance. Standard on SLT and available on SLE models, Bose audio features steering-wheel-mounted radio controls and a premium speaker system.

**BOSE CENTERPOINT® SOUND** Denali models include Bose Centerpoint surround sound with SurroundStage® signal processing for the sensation of a live performance. This technology, along with AudioPilot® noise compensation, wraps you in sound, delivering five independent channels from existing two-channel recordings.

**15 REAR-SEAT ENTERTAINMENT SYSTEM** Available in SLT and Denali Crew Cab models, rear-seat passengers will enjoy this system that includes a DVD player and 8" diagonal flip-down screen. It also comes with a separate upper DVD slot in the radio to let front-seat passengers control the DVD or music playing behind them. It's compatible with most popular video gaming systems.

**AUXILIARY INPUT** This available feature accommodates most MP3 players and devices, including many smartphones. So you can bring the music and entertainment you love to your Sierra just by plugging in.

**16 TOUCH-SCREEN NAVIGATION SYSTEM¹** For easy operation, the available system includes a large 7" diagonal in-dash touch-screen display, 2-D or 3-D map graphics and 3 months of NavTraffic.¹ OnStar® subscribers can also use this system with OnStar Turn-by-Turn Navigation assistance (6 months standard). The screen also serves as a large, easily read monitor for the available Rear-Vision Camera System.

¹Map coverage for Puerto Rico and the U.S Virgin Islands available on selected models. Coverage not available for portions of Canada. ²If you subscribe after your trial period, subscriptions are continuous until you call SiriusXM to cancel. See SiriusXM Customer Agreement for complete terms and geographic limitations at siriusxm.com. Other fees and taxes will apply. All fees and programming subject to change.  ³Not xmstars.com for coverage map, details and system limitations.

**USB PORT⁴** Plug your digital devices into the available USB port in the center console.

⁴Not compatible with all devices.

**SIRIUSXM SATELLITE RADIO/NAVTRAFFIC⁵** Enjoy SiriusXM Satellite Radio with a 3-month trial subscription to the XM Premier Package. Get over 130 channels, including commercial-free music, plus sports, news, talk, comedy and entertainment. With NavTraffic, you'll get continuously updated traffic information, right on your vehicle's available navigation system.

⁵If you subscribe after your trial period, subscriptions are continuous until you call SiriusXM to cancel. See SiriusXM Customer Agreement for complete terms and geographic limitations at siriusxm.com. Other fees and taxes will apply. All fees and programming subject to change.

ONSTAR FEATURES

## FRIENDS IN HIGH PLACES Standard for 6 months, the OnStar

Directions & Connections Plan[6] lets you speak to a live OnStar Advisor just by

pressing the blue OnStar button on your rearview mirror.

### SAFETY

**AUTOMATIC CRASH RESPONSE[7]** In many crashes, built-in sensors can automatically alert an OnStar Advisor who is immediately connected into your vehicle to see if you need help sent to your exact location—even if you can't respond.

**CRISIS ASSIST** During severe weather or other crisis situations, OnStar offers assistance to help you connect with loved ones and navigate your way to safety.

**EMERGENCY SERVICES** If someone in your Sierra HD needs emergency help, the OnStar emergency button gives you a priority connection to a specially trained Advisor at any time, day or night.

**ROADSIDE ASSISTANCE[8]** If you're stranded, run out of gas or have a flat tire—one push of the OnStar button can immediately connect you to an Advisor, ready to help any hour of the day or night.

**REMOTE DOOR UNLOCK[9]** If you get locked out of your Sierra HD, OnStar can help. An OnStar Advisor can send a signal to your Sierra HD that usually unlocks the doors within minutes.

**REMOTE HORN AND LIGHTS** Can't remember where you parked? Call the toll-free number and OnStar will send a signal to flash your lights and sound your horn to help you locate your Sierra HD.

**STOLEN VEHICLE ASSISTANCE[10]** If your Sierra HD is ever stolen, OnStar can help locate it after verification with law enforcement.

### CONNECTIONS

**HANDS-FREE CALLING[11]** With voice-activated dialing, available OnStar Hands-Free Calling is built into your Sierra HD. Push the voice command button, call out the number and you're free to keep your eyes on the road.

**TURN-BY-TURN NAVIGATION** OnStar Turn-By-Turn Navigation is simple—all you have to do is push your blue OnStar button and ask the OnStar Advisor to download directions to your Sierra HD.

**ONSTAR eNAV WITH MAPQUEST.COM™** Get a head start on a trip by checking out your destination on mapquest.com. With OnStar eNav, just click the "Send" link on the Web site, and directions will be sent to your vehicle.

**DESTINATION DOWNLOAD** With the optional Navigation System, simply press your blue OnStar button, and a trained Advisor will download directions to your Sierra HD's navigation screen.

**ONSTAR REMOTELINK® KEY FOB SERVICES[12]** Unlock. Start. Find. From anywhere. New this year, OnStar RemoteLink Key Fob Services are included for 5 years on OnStar-equipped 2014 vehicles when you download the app and use RemoteLink services during the 6-month trial period and any consecutive periods with an OnStar plan. Services include remote door unlock and lock, remote start and stop (requires factory-installed remote start) and remote horn and lights.

---

GMC PRO GRADE PROTECTION

## PROFESSIONAL GRADE COVERAGE.

To make sure GMC's Professional Grade engineering stays

that way, Pro Grade Protection is now standard on every

2014 Sierra HD. From scheduled maintenance to protecting

the entire vehicle and the powertrain in between, you

can drive with confidence knowing that Professional

Grade doesn't simply describe your Sierra HD's design and

engineering, it's how well we protect it, too.

▶ **2-YEAR/24,000-MILE RECOMMENDED SCHEDULED MAINTENANCE[13]**

▶ **3-YEAR/36,000-MILE BUMPER-TO-BUMPER LIMITED WARRANTY[14]**

▶ **5-YEAR/100,000-MILE POWERTRAIN LIMITED WARRANTY[15]**

[6] Visit onstar.com for coverage map, details and system limitations.  [7] OnStar acts as a link to existing emergency service providers. Not all vehicles may transmit all crash data.  [8] Roadside service provided by Allstate Roadside Services.  [9] Services vary by model and condition.  [10] Visit onstar.com for coverage map, details and system limitations. OnStar Hands-Free Calling requires existing OnStar service contract and prepaid minutes. Not available in certain markets. Calls can be made in U.S. and Canada only.  [11] Available on select Apple,® Android™ and BlackBerry® devices. Services vary by device, vehicle and conditions. Requires an active OnStar subscription.  [12] Access is available for 5 years from the date of vehicle delivery and is transferable. Does not include any emergency services or other OnStar services. To cancel OnStar RemoteLink Key Fob Services if your vehicle is sold, it is important to contact an OnStar Advisor. See onstar.com/mobile for full details.  [13] Covers only scheduled oil changes with filter, tire rotations and 27-point inspections, according to your new vehicle's recommended maintenance schedule for up to 2 years or 24,000 miles, whichever comes first. Does not include air filters. Maximum of 4 service events. See participating dealer for other restrictions and complete details.  [14] Whichever comes first. See dealer for limited warranty details.

## HD ENGINES

# POWER, PACKED. To make sure your heavy-duty work demands are

accomplished with ease, Sierra 2500HD and 3500HD models offer Vortec

gasoline and Duramax Diesel V-8 engines. No matter which you choose, you'll

have plenty of what you demand from a heavy-duty pickup: power and torque.

**VORTEC 6.0L V-8 ENGINE** To give you uncompromised power and torque for confident daily driving, passing and trailering, look no further than the Vortec 6.0L V-8 engine. It uses innovative "vortex technology" to swirl and tumble incoming air and fuel for optimum power and response.

**E85 FLEXFUEL CAPABILITY** The Sierra 6.0L gas V-8 engine is capable of running on E85 ethanol, an advanced biofuel.

[E85 FlexFuel capability is not available in AZ, CA, CT, DE, MA, MD, ME, NJ, NY, OR, PA, RI, VT and WA. E85 is a combination of 85% ethanol and 15% gasoline. Go to afdc.energy.gov/afdc/fuels to see if there is an E85 fuel station near you.]

**VARIABLE VALVE TIMING** (VVT) For easy responsiveness in low-speed city driving and bold power for open-road passing or trailering, the Vortec 6.0L V-8 features VVT. It monitors and changes valve open and close points for near-peak levels of torque across the entire range of engine speeds.

[TI] **DURAMAX DIESEL 6.6L V-8 TURBO** With direct-injection technology that helps it start in as little as 3.0 seconds at -30˚F and a sophisticated Allison® transmission with overdrive, the available Duramax Diesel 6.6L gives you a maximum highway range of up to 650 miles on a single fill-up.[2]

[2Based on EM testing and fuel-tank capacity. Your range may be less.]

**DURAMAX B20 BIODIESEL CAPABILITY** To reduce carbon-dioxide emissions and stretch your fuel budget, the Duramax 6.6L can operate on B20 biodiesel, a mix of 20 percent biodiesel from domestic, renewable resources, and 80 percent petroleum diesel.

**DURAMAX HIGH-PRESSURE DIRECT INJECTION** For fast starts in cold weather, quieter operation and maximum efficiency, the direct-injection system operates at nearly 30,000 psi to turn heavy diesel fuel into a fine mist, burning clean and fast with lower emissions.

**CNG** Dedicated Compressed Natural Gas (CNG) fuel systems are available on Sierra 2500HD Crew Cab models. CNG vehicles are equipped with a specially designed 6.0L Vortec engine built for gaseous fuel, along with an integrated and warranted dedicated gaseous fuel system in place.

**OIL LIFE MONITOR** For long life and durability, nothing is more important than changing your oil at the right time. GMC engineered the mystery out of this essential service with the Oil Life Monitor. It calculates how much life your oil has left, based on when and how you drive. Then, it updates you with a telltale on your Driver Information Center.

**ONSTAR VEHICLE DIAGNOSTICS[1]** Standard with your 6-month trial subscription to OnStar, the OnStar Vehicle Diagnostics service can run hundreds of checks of your engine, transmission, antilock brakes and more, then organize the information into an easy-to-read monthly report. OnStar can also run a check of your vehicle as you drive just by pressing the blue button and asking the Advisor for an On-Demand Diagnostics check.

[1Visit onstar.com for details and system limitations.]

## HEAVY-DUTY ENGINES

**VORTEC 6.0L V-8 VVT (L96)**
HORSEPOWER: 360 hp @ 5400 rpm[a]
TORQUE: 380 lb-ft @ 4200 rpm
FlexFuel Capable[a]
[aOn some models. See page 20 for full engine specifications.]

**DURAMAX DIESEL 6.6L V-8 TURBO**
HORSEPOWER: 397 hp @ 3000 rpm
TORQUE: 765 lb-ft @ 1600 rpm

**6.0L V-8 SFI BI-FUEL (LC8)**
HORSEPOWER: 360 hp @ 5400 rpm (gasoline)
301 hp @ 5000 rpm (CNG)
TORQUE: 380 lb-ft @ 4200 rpm (gasoline)
333 lb-ft @ 4200 rpm (CNG)

# TRANSMISSION / DRIVETRAIN

## POWER, DELIVERED.

A pickup truck's transmission and driveline components are critical to translating every rotation of the engine's crankshaft into power at the drive wheels—power to tow and haul, power to pass, power to grip snow-covered asphalt or gravel-strewn back roads. GMC Sierra HD offers a range of robust yet refined transmissions precisely matched to maximize the power delivery, efficiency and load demands of our HD engines.



**EATON® HEAVY-DUTY AUTOMATIC LOCKING REAR DIFFERENTIAL** No other competitor in its class offers an available fully automatic locking rear differential for on- and off-road use. Available on Sierra 2500HD and standard on 3500HD, the Eaton locker senses when there's a difference in rotational speed between the left and right rear wheels of approximately 100 rpm. It then locks the differential to turn both rear wheels in unison for added traction.

**TOW/HAUL MODE** To give you more power to accelerate, Tow/Haul mode raises transmission upshift points. This feature also helps you slow your Sierra by raising downshift points, which uses engine compression to slow your Sierra.

**AUTOMATIC ENGINE GRADE BRAKING** Standard with gas-engine 6-speed automatic transmissions, Grade Braking automatically senses when you want to slow your Sierra, and when the conditions are met, engages a Grade Braking shift schedule that helps you maintain your desired speed.

**HEAVY-DUTY 6-SPEED AUTOMATIC WITH OVERDRIVE** Sierra HD's Vortec 6.0L V-8 is mated to a 6-speed automatic with overdrive. It's a sophisticated tool featuring Tow/Haul mode, Driver Shift Control and Automatic Engine Grade Braking to help you use the full potential of Sierra HD.

**DRIVER SHIFT CONTROL** Move through the gears like a manual with the convenience of an automatic. Move the shift lever to "M," and you get fingertip "tap up/down" range control of transmission gear selection. Included with select automatic transmissions.

**ALLISON® 1000 SERIES 6-SPEED AUTOMATIC WITH OVERDRIVE** How do you handle the 765 lb-ft of torque produced by Sierra HD's available Duramax Diesel engine? GMC engineers specified the Allison 1000 Series 6-speed automatic with overdrive for its heavy-duty strength and durability. Designed by the same company that makes transmissions for military tanks, this transmission is the exclusive partner for the available Duramax Diesel engine.

**AUXILIARY EXTERNAL TRANSMISSION OIL COOLER** An air-to-oil auxiliary cooling unit helps keep transmission temperatures in check—especially critical when trailering or plowing snow.



CHASSIS AND CONTROL SYSTEMS

# STRENGTH WITH SMARTS.

There's a critical difference between just driving a truck and commanding a GMC Sierra HD: its chassis and control systems. GMC engineers took the powerful drivetrains of Sierra and mounted them to a strong, rigid frame—built specifically for heavy-duty capabilities. Then they gave the chassis advanced control systems designed to make driving Sierra HD easier under the heaviest loads.



**19 FULLY BOXED FRAME.** Crafted from high-strength steel, the HD frame is fully boxed along its entire length, with fully welded (not riveted) brackets and cross-members. Tubular cross-members are through-rail welded for significantly added strength and resistance to twisting over rough surfaces.

**INDEPENDENT FRONT SUSPENSION.** For ride comfort without sacrificing strength, Sierra HDs have an independent front suspension designed specifically for the constant punishment of heavy-duty use. With a maximum unsurpassed pickup Gross Front Axle Weight Rating of up to 6000 lbs, this torsion-bar suspension design allows you to make seasonal ride-height adjustments in minutes, with a single wrench.

*Capabilities and weight ratings are dependent upon model, engine, transmission and GVWR combinations. See your GMC dealer for details.*

**20 MULTILEAF REAR SPRINGS.** To handle heavy-duty payloads, GMC engineers outfitted Sierra HD models with rear leaf springs that are 3 inches wide—two-stage for 2500HD models and three-stage for 3500HD models.

**TORSION-BAR DESIGN.** The Sierra HD frame uses a torsion-bar suspension. Pioneered for pickups by GMC, the torsion bar is designed to support different front axle loads and to retain proper trim height.

**STABILITRAK.** A stability control system that's standard on all Single Rear Wheel (SRW) Sierra models, StabiliTrak senses when your vehicle is not responding to steering inputs and adjusts engine speed and applies brake pressure to any individual wheel to help maintain directional control.

**TRACTION CONTROL SYSTEM.** To make the most of available traction on many road surfaces, traction control measures and compares the speed of your wheels. If it senses one or more wheels starting to spin, such as on a slippery surface, the system applies individual brakes and manages engine power to slow the wheel down and maintain traction so you can move forward with a better sense of control.



**HYDRAULIC BODY MOUNTS** How do you balance the demand for a rigid frame with desire for cabin comfort? GMC engineers positioned the Sierra HD Crew Cab models on rear mounts filled with hydraulic fluid, creating a smooth, quiet ride.

**POWER FOUR-WHEEL DISC BRAKES** The most powerful HD we've ever produced demanded the most powerful brakes we've ever developed for an HD pickup. To help ensure consistent, fade-free performance, the brake discs measure a generous 14 inches in diameter and utilize twin-piston calipers.

**36-GALLON FUEL TANK (APPROX.)** When equipped with the available Duramax Diesel, Sierra HD has a highway range of up to 680 miles on a single tank of fuel,* thanks to its 36-gallon fuel tank.

*Based on GM testing and fuel tank capacity. Your range may be less.

**DIESEL EXHAUST BRAKE** To let you engage an extra measure of braking confidence on long grades, the diesel exhaust brake, included with the available Duramax Diesel engine, uses engine compression to create "negative torque" to help slow the vehicle. It's factory installed and calibrated to work with the rest of your Sierra HD's braking system.

**HILL START ASSIST** To help you hold your place when parked or stopped on a hill, Hill Start Assist senses potential "rollback" and then holds full brake pressure when you lift your foot from the pedal. It gives you up to 1.5 extra seconds to apply power and drive off. (Not available on Dual Rear Wheel [DRW] models.)

**INTELLIGENT BRAKE ASSIST** In an abrupt stop, milliseconds can be your margin of safety. That's why Sierra's Intelligent Brake Assist senses when you're making an emergency stop, then automatically applies full braking force before your foot can press the pedal all the way. (Not available on DRW models.)

**ANTILOCK BRAKING SYSTEM (ABS)** For confident stops in a variety of conditions, every SRW Sierra HD features four-channel antilock brakes. When the brakes are applied, ABS detects impending wheel lock-up and pulses that wheel's brake to prevent it. The system can activate any combination of vehicle brakes to maintain control.

**HEAVY-DUTY POWER STEERING** Sierra HD models feature recirculating ball power steering. The high-capacity power steering pump and large reservoir help give a constant level of assist, even when operating at the maximum weight.

# TRAILERING

## HEAVY EMPHASIS ON MORE.

GMC Sierra HD is engineered to offer Professional Grade trailering capability to tow more and thus do even more—in fact, 2500HD and 3500HD provide the most standard trailering in their class. Whether you're headed out for work or recreation, Sierra HD offers a wide range of trailering capacities to meet your demands. Complete trailering ratings to help you make an informed purchase decision are listed on page 28.

**MULTISTAGE REAR LEAF SPRINGS** For more capacity when you need it and a smoother ride when you don't, Sierra HD's 3"-wide multileaf rear springs engage progressively as the load in the bed or on the hitch increases. In 2500HD, it's a two-stage progression, and on 3500HD, it's three-stage for added load-bearing capacity.

**TRAILER SWAY CONTROL** Keep you and your trailer heading in the proper direction, automatically. This system uses StabiliTrak sensors to detect a swaying trailer and applies the vehicle's and the trailer's brakes (if properly equipped) to help bring it back in line. (Not available on Dual Rear Wheel [DRW] models.)

**TRAILER BRAKE CONTROLLER** For fingertip control and easy monitoring of your trailer brakes, Sierra HD offers an integrated trailer brake controller. It's located close to the steering wheel for easy adjustments and displays the level of brake force or "gain" in the Driver Information Center. (Standard on 3500HD models.)

**FIFTH-WHEEL FRAME MOUNT PROVISIONS** Sierra HD models offer easy installation of fifth-wheel and gooseneck hitches. GMC engineers added prepared access holes to preserve frame integrity, as well as a pair of extra cross-members for added strength in the hitch-mount location.







### MAXIMUM TRAILER WEIGHT RATINGS[1]

| | |
|---|---|
| 2500HD | Up To 17,800 lbs |
| 3500HD | Up To 23,100 lbs |

Complete trailering ratings are listed on page 28.

[1] Maximum trailer weight ratings are calculated assuming a base vehicle, except for any option(s) necessary to achieve the rating, plus driver. The weight of other optional equipment, passengers and cargo will reduce the maximum trailer weight your vehicle can tow. See your GMC dealer for additional details.

SAFETY

# YOU CAN NEVER BE TOO SAFE. Sierra HD is designed to help protect you before, during and after a collision. Advanced chassis control technologies

help Sierra HD drivers avoid potential accidents. A system of air bag supplemental restraints[2] helps protect passengers during a collision. With the available OnStar

Automatic Crash Response[3] (standard for 6 months), Sierra HD can even connect you to help in the critical moments immediately after you're involved in a crash.





**24**

**25**

**24 FRONTAL AND HEAD CURTAIN SIDE-IMPACT AIR BAGS[1]** All Sierra HD models come with driver and front-passenger air bags. Available side-impact air bags unfurl from the roof rail like a protective curtain for outboard passengers and can be activated by either rollover sensors or side-impact sensors. (Standard on Denali models.)

**25 SEAT-MOUNTED SIDE-IMPACT AIR BAGS[1]** To help protect the thorax and pelvic regions of the driver and outside front passenger in a side-impact collision, Sierra Heavy Duty Denali models include side-impact air bags mounted on the driver and outside front-passenger seat. (Also available on other select Heavy Duty models.)

**LATCH CHILD SEAT ANCHORING SYSTEM** Make it easier to properly install a child seat. LATCH stands for Lower Anchors and Top tethers for CHildren. A LATCH seat will install to specially designed retainer hooks in your Sierra HD with an audible "click." You can also install a top tether strap that helps limit movement in a forward crash to help reduce the chance of injury.

**REINFORCED STEEL SAFETY CAGE DESIGN** Sierra HD's robust body structure is engineered to help maintain the integrity of the passenger compartment in the event of a collision. All steel from wheel to wheel, the body is designed to crush in a controlled manner in the event of a collision, absorbing the energy of a crash as much as possible.

**PASS-KEY III+ THEFT DETERRENT SYSTEM** Preventing unauthorized starting attempts in your Sierra HD comes down to a tiny chip found in your ignition key. It functions as an electronic "fingerprint" that disables your starting system if it detects a theft attempt is under way.

[1]Air bag inflation can cause severe injury or death to anyone too close to the air bag when it deploys. Be sure every occupant is properly restrained. Always use safety belts and the correct child restraint for your child's age and size, even with air bags. Even in vehicles equipped with the Passenger Sensing System, children are safer when properly secured in a rear seat in the appropriate infant, child or booster seat. Never place a rear-facing infant restraint in the front seat of any vehicle equipped with an active frontal air bag. See your vehicle Owner's Manual and child safety seat instructions for more safety information.   [3]Visit onstar.com for coverage map, details and system limitations. OnStar acts as a link to existing emergency services providers. Not all vehicles may transmit all crash data.

SELECTION

# AFTER ALL, IT IS YOUR SIERRA HD.

Like every GMC, Sierra HD is built to the strictest standards for engineering, performance and capability.

Yet, the benchmark that means the most to us is yours. So, to make sure it's exactly the way you want it, this is your opportunity to make several important selections.

You'll find numerous choices in exterior, interior, entertainment, performance and accessory options. Build your Sierra HD to reflect your preferences.

INTERIOR COLORS

**VINYL**
[Standard WT]

DARK TITANIUM

**CLOTH**
[Available WT]

DARK TITANIUM

**PREMIUM CLOTH**
[Standard SLE]

LIGHT DASHMERE

LIGHT TITANIUM

EBONY

**LEATHER-APPOINTED**
[Standard SLT; Available SLE]

LIGHT CASHMERE

LIGHT TITANIUM

EBONY

**PERFORATED LEATHER-APPOINTED**
[Standard Denali; Available SLT]

COCOA/LIGHT CASHMERE¹

LIGHT TITANIUM

EBONY

¹Very Dark Cashmere/Light Cashmere on SLT.   ²Not available on Denali.



SELECTION | 23



**DENALI HD SRW WHEELS**

PYR
18" FORGED POLISHED
ALUMINUM
STANDARD: 2500 AND
3500 DENALI HD

PYS
20" ALUMINUM
AVAILABLE: 2500 DENALI HD

**3500HD DRW WHEELS**

PYW
17" PAINTED STEEL
STANDARD: WT

PY6
17" CHROME SKINS
AND CENTER CAPS
STANDARD: SLE AND SLT

RSY
17" FORGED POLISHED
ALUMINUM
STANDARD: 3500 DENALI
HD DRW
AVAILABLE: 3500HD SLE
AND SLT DRW

**WHEELS**

**2500HD WHEELS**

PYN
17" PAINTED STEEL
STANDARD: WT

PYQ
17" CAST ALUMINUM
BRIGHT MACHINED
STANDARD: SLE
AVAILABLE: WT

PYS
20" ALUMINUM
AVAILABLE: SLE AND SLT

**2500HD/3500HD SRW WHEELS**

PYT
18" PAINTED STEEL
STANDARD: 3500HD WT
AVAILABLE: 2500HD WT

PYR
18" FORGED POLISHED
ALUMINUM
STANDARD: 2500HD SLT,
3500HD SLE AND SLT
AVAILABLE: 2500HD SLE
AND SLT SRW

**EXTERIOR COLORS**

QUICKSILVER METALLIC

STEEL GRAY METALLIC[1]

STEALTH GRAY METALLIC

MOCHA STEEL METALLIC

All colors are basecoat/clearcoat for high gloss and durable finish.
See your dealer for more details on paint and color availability.
[1]Available on Denali.

ONYX BLACK

SUMMIT WHITE[1]

SONOMA RED METALLIC[1]

FIRE RED

HERITAGE BLUE METALLIC

# BUT WAIT, THERE'S MORE.

Engineered to the same standards as your Sierra HD, available GMC Accessories range from functional enhancements like assist steps and bed management systems to a stylish array of accents. So go ahead, outfit your Sierra HD exactly the way you want it.









**1 ASSIST STEPS** Make it easier to get in and out of your truck with these stylish assist steps. Crafted from rust-resistant stainless steel, they are available in either chrome or black powder coat and in 6-inch oval or 3-inch round styles.

**2 INTEGRATED DVD** A dual-player DVD system mounted in back of each front head restraint with wireless headphones gives rear-seat passengers personal entertainment. Single remote control included.

**3 BED RAIL CAPS** Give the rails on your Sierra HD's pickup bed extra protection against wear and tear with these tough-as-nails rail caps.

**SOFT TONNEAU COVER** Roll-up design shields cargo, easily rolls up to allow full access to the bed and is constructed with integrated crossbows.

**4 STATIONARY TOOLBOX** Diamond-patterned toolbox features dual gas shocks for smooth opening and closing and the GMC logo.

# VEHICLE SPECIFICATIONS

TRIM LEVELS — WT · SLE · SLT · DENALI

## CONFIGURATIONS

- Regular Cab
- CrewCab

## MECHANICAL SIERRA 2500HD/3500HD

**ALTERNATOR** 125-amp

160-amp; Included with Snow Plow Prep Package when Vortec 6.0L SFI V-8 is ordered. Requires Vortec 6.0L SFI V-8.

Dual, 125 amps each; Included with Snow Plow Prep Package when Duramax Diesel 6.6L V-8 Turbo is ordered. Requires Duramax Diesel 6.6L V-8 Turbo engine.

**BATTERY** Heavy-duty, maintenance-free with 600 cold-cranking amps, rundown protection and retained accessory power

Auxiliary heavy-duty, maintenance-free with 600 cold-cranking amps. Not available with Duramax Diesel 6.6L V-8 Turbo engine.

Heavy-duty, 2 batteries, maintenance-free with 730 cold-cranking amps, with rundown protection and retained accessory power. Included and only available with Duramax Diesel 6.6L V-8 Turbo engine.

**BRAKES** Power 4-wheel disc, 4-wheel antilock

**EATON HEAVY-DUTY AUTOMATIC LOCKING REAR DIFFERENTIAL** Included with Heavy-Duty Trailering Package. Standard on all 3500HD pickup models.

**ENGINE** Vortec 6.0L V-8 VVT FlexFuel with SFI

Duramax Diesel 6.6L V-8 Turbo with direct injection and B20 biodiesel capability

**ENGINE BLOCK HEATER**

**ENGINE OIL COOLER** Heavy-duty external air-to-oil. Integral to driver side of radiator tank.

**EXHAUST** Aluminized stainless steel

**EXHAUST BRAKE** Included with Duramax Diesel 6.6L V-8 Turbo engine only

**FRAME** Fully boxed with hydroformed front section

**HIGH-CAPACITY AIR CLEANER** 10,000-lb. GVWR package. Select Sierra 3500HD SRW models. See your dealer for details.

**HIGH IDLE SWITCH**

**RADIATOR GRILLE AND FRONT BUMPER OPENINGS COVER** For cold weather. Requires Duramax Diesel 6.6L V-8 Turbo engine.

**REAR AXLE** 4.10 ratio. Requires Vortec 6.0L V-8 engine.

3.73 ratio

**SKID PLATE PACKAGE** Frame-mounted shields. Includes front underbody shield starting behind front bumper and running to first cross-member, protecting front underbody, oil pan, differential case and transfer case. Requires 4WD on WT models. Not available on 2WD SLE and SLT models unless Z71 Off-Road Suspension Package is ordered.

**SNOW PLOW PREP PACKAGE** Includes 130-amp power for back-up and roof emergency light, 160-amp alternator (dual 125 amp included with diesel), High-Flow front bumper, forward lamp wiring harness, provision for cab roof-mounted lamp/beacon, instrument panel jumper wiring harness for electronic trailer brake controller, Skid Plate Package (4WD models only) and increased Front Gross Axle Weight Rating (FGAWR). See chart on page 27 for more details.

**STABILITRAK** Stability control system. Includes electronic trailer sway control, Intelligent Brake Assist and Hill Start Assist (SRW models only).

**STEERING** Power, recirculating ball

## TRIM LEVELS

**SUSPENSION** Front independent with torsion bar

Rear multileaf springs, semielliptic with urethane jounce bumpers

**HEAVY-DUTY HANDLING/TRAILERING SUSPENSION PACKAGE**

**Z71 OFF-ROAD SUSPENSION PACKAGE** Includes off-road jounce bumpers, off-road 35-mm deflective disc twin-tube shock absorbers, 33-mm front stabilizer bar, Skid Plate Package and Z71 decals on rear quarters

**HEAVY-DUTY TRAILERING PACKAGE** Includes trailering hitch platform and 2.5" receiver with 2" adapter, 7-wire harness with independent fused trailering circuits mated to a 7-way sealed connector, wiring harness for aftermarket trailer brake controller (located in the instrument panel harness) and integrated trailer brake controller. Standard on all 3500HD models.

Integrated trailer brake controller. Requires Heavy-Duty Trailering Package. Standard on all 3500HD models. Trailering wiring provisions for camper, fifth-wheel and gooseneck trailers; includes additional 9-way wiring harness routed to front of pickup box. Requires Heavy-Duty Trailering Package.

**TRAILER SWAY CONTROL** SRW models only

**TRANSFER CASE** With floor-mounted shifter (4WD models)

Electronic shift with rotary dial controls (4WD models)

**TRANSMISSION** 6L90 6-speed automatic. Standard and only available with Vortec 6.0L V-8.

Allison 1000 Series 6-speed automatic. Included and only available with Duramax Diesel 6.6L V-8 Turbo.

**TRANSMISSION OIL COOLER** Auxiliary external heavy-duty air-to-oil

## SEATING — ALL MODELS

**SEATS** 40/20/40 front split bench with driver and front passenger manual recline and center fold-down armrest with storage

40/20/40 front split bench with driver and front passenger manual recline. Center fold-down armrest and lockable storage compartment in seat cushion (includes auxiliary power outlet). Adjustable outboard head restraints on Crew Cab model.

Front buckets with 6-way power seat adjusters, manual recline, manual lumbar and adjustable head restraints. Requires Crew Cab model.

Front buckets with 10-way power seat adjusters (SLT) or 12-way (Denali) including power lumbar control, heated seat cushions and seatbacks, 2-position driver memory (does not apply to lumbar adjuster on SLT) and adjustable head restraints. Includes floor console and storage pockets.

Heated and cooled perforated leather-appointed seating with 10-way seat adjuster for driver and front passenger. Includes seat-mounted side-impact air bags† on SLT and Denali HD SRW models.

Driver-side manual seat adjuster with lumbar control. On WT models, included and only available with Dark Titanium Cloth seat trim.

60/40 folding rear bench. WT and SLE require Crew Cab model.

**SEAT TRIM** Dark Titanium vinyl with Graphite-colored rubberized-vinyl floor covering

Dark Titanium Cloth

Premium Cloth

Front leather-appointed seating. Includes 6-way power driver seat adjuster on SLE models. Not available on Regular Cab models.

Premium front Nuance leather-appointed seating

†When properly equipped, includes weight of vehicle, passengers, cargo and equipment.   *Always use safety belts and the correct child restraint for your child's age and size. Even infants in rear-facing child seats are recommended to ride in a rear seat in the appropriate infant, child or booster seat. Never place a rear-facing infant restraint in the front seat of any vehicle equipped with an active frontal air bag. See your vehicle's Owner's Manual and child safety seat instructions for more safety information.

KEY   ● STANDARD   ○ AVAILABLE   — NOT AVAILABLE

## VEHICLE SPECIFICATIONS

TRIM LEVELS

Columns: WT | SLE | SLT | DENALI

### INSTRUMENTATION AND CONTROLS—ALL MODELS

**CRUISE CONTROL**

**INSTRUMENTATION** Analog cluster with speedometer, fuel level, engine temperature and tachometer. On SLE, SLT and Denali models, includes voltmeter and oil pressure indicators.

**Driver Information Center** with odometer, trip pilometer and message center. On SLE, SLT and Denali models, includes compass and outside temperature.

**POWER-ADJUSTABLE PEDALS** Requires Convenience Package

**REAR-VISION CAMERA SYSTEM** With inside rearview mirror display; if Touch-Screen Navigation[1] is ordered, camera display is on NAV screen. Requires locking tailgate. On SLE model, also requires SLE Preferred Package. Not available on Regular Cab models.

**STEERING WHEEL** Tilt-Wheel adjustable steering column with brake/transmission shift interlock

Leather-wrapped [color-keyed on Denali]. On WT model, requires Bluetooth[1]

Steering wheel-mounted audio controls. On WT model, requires Bluetooth.[1] On SLE model, requires Preferred Package.

Heated, leather-wrapped and color-keyed

**ULTRASONIC REAR PARKING ASSIST** With audible warning. Requires Crew Cab model and Convenience Package.

### INTERIOR DETAILS—ALL MODELS

**CARPETING** Color-keyed with rubberized-vinyl floor mats. Crew Cab models also include rear floor mats; WT models receive Dark Titanium Cloth seat trim.

Color-keyed with removable carpeted floor mats for first and second rows

**CLIMATE CONTROL** Single-zone manual air conditioning

Dual-zone automatic air conditioning with individual settings for driver and right-front passenger; not available with Regular Cab models. Requires Preferred Package.

**DEFOGGER** Rear window. Not available with power-sliding rear window.

**FLOOR COVERING** Rubberized-vinyl

**REARVIEW MIRROR** With manual day/night adjustment

Auto-dimming. Standard on SLE 3500HD models.

**SUNROOF** Power with express-open. Includes Universal Home Remote. Crew Cab models only.

**WINDOWS** Power with driver express-down. SLT and Denali models include front passenger express-down.

Rear power-sliding. Not available on Regular Cab models or with rear-window defogger.

### OPTION PACKAGES—SIERRA 2500HD/3500HD

**WORK TRUCK PREFERRED PACKAGE** Includes Solar-Ray deep-tinted glass, EZ-Lift locking tailgate, chrome grille with chrome surround and fog lamps. On 2500HD models, includes 17" chrome-clad steel wheels. Also includes power door locks and remote keyless entry on Regular Cab models.

**SLE PREFERRED PACKAGE (REGULAR CAB)** Includes remote vehicle start system, steering-wheel-mounted controls, Bluetooth[1] for your cell phone, CD/MP3 player, fog lamps and EZ-Lift locking tailgate

**SLE PREFERRED PACKAGE (DREW CAB)** Includes steering-wheel-mounted controls, dual-zone automatic air conditioning, 6-way power driver seat adjuster, Bluetooth[1] for your cell phone, CD/MP3 player, fog lamps and EZ-Lift locking tailgate

**SLE PREMIUM PACKAGE (CREW CAB)** Includes 20" forged polished-aluminum wheels on 2500 models, outside heated power-adjustable vertical camper mirrors, heavy-duty trailering equipment, heavy-duty automatic-locking rear differential, dual-zone automatic air conditioning, Bluetooth[1] for your cell phone, steering-wheel-mounted audio controls, AM/FM stereo with CD player and MP3 playback, driver 8-way power-seat adjuster, front fog lamps, EZ-Lift locking tailgate, inside rearview auto-dimming mirror, 6" oval chromed tubular assist steps, bodyside moldings with chrome accents and chrome door handles. On Dual Rear Wheel Crew Cab models, includes 17" [R07] forged polished-aluminum wheels. Not available with SLE Preferred Package.

**SLE CONVENIENCE PACKAGE** Includes power-adjustable pedals, Universal Home Remote, remote vehicle start system, rear-window defogger and Ultrasonic Rear Parking Assist

**SLT CONVENIENCE PACKAGE** Includes Universal Home Remote, power-adjustable pedals, EZ-Lift locking tailgate, Ultrasonic Rear Parking Assist and rear wheelhouse liners [dealer installed]

### ENTERTAINMENT/COMMUNICATION/NAVIGATION—ALL MODELS

**AM/FM STEREO** With seek-and-scan and digital clock

With MP3-compatible CD player

With CD player and MP3 playback, USB port[3] and auxiliary input jack. On SLE models, requires SLE Preferred Package.

With MP3-compatible 6-disc CD player; USB port[3] and auxiliary input jack

With MP3-compatible CD/DVD player and USB port.[3] On SLT models, requires Crew Cab model and Rear-Seat Entertainment Package. On Denali models, requires Rear-Seat Entertainment Package.

**TOUCH-SCREEN NAVIGATION** On CD/DVD player and MP3 playback, color touch-screen display, enhanced HDD-based navigation with voice recognition, memory available for music storage, USB port.[3] Radio Data System [RDS][3] and pause/play radio. Touch-Screen Navigation with DVD player requires Rear-Seat Entertainment Package.

**BOSE® AUDIO PREMIUM SPEAKER SYSTEM WITH SUBWOOFER** On SLE models, requires front bucket seats and SLE Preferred Package

Centerpoint® Surround Sound System

**REAR-SEAT ENTERTAINMENT PACKAGE** Rear-seat DVD player with LCD display and 2 sets of wireless headphones. Includes rear audio controls. Requires Crew Cab model. On SLT models, includes CD/DVD player. Upgradable to CD/DVD player with navigation. On Denali models, requires CD/DVD player or CD/DVD player and HDD-based navigation.

**SIRIUSXM SATELLITE RADIO[4]** Including 3 trial months of service

**NAVTRAFFIC[4]** Including 3 trial months of service. Included and only available with Touch-Screen Navigation[1]

**BLUETOOTH FOR PHONE[1]** Personal cell-phone connectivity to vehicle audio system allowing hands-free calling

**ONSTAR[5]** Directions & Connections Plan, 6-month subscription

KEY   ● STANDARD   ○ AVAILABLE   — NOT AVAILABLE

# VEHICLE SPECIFICATIONS

## CONVENIENCE FEATURES—ALL MODELS

| | WT | SLE | SLT | DENALI |
|---|---|---|---|---|
| POWER DOOR LOCKS With remote keyless entry (2 transmitters, panic button and content theft alarm). Remote keyless entry does not lock/unlock tailgate. Standard on Crew Cab models. | ○ | ● | ● | ● |
| REMOTE START With remote keyless entry | — | ○ | ● | ● |
| UNIVERSAL HOME REMOTE | — | — | ● | ● |

## EXTERIOR STYLING AND FUNCTIONALITY—ALL MODELS

| | WT | SLE | SLT | DENALI |
|---|---|---|---|---|
| BODYSIDE MOLDINGS Body-colored. Chrome insert on Denali models. Not available on Regular Cab DRW models. | — | ● | ● | ● |
| BUMPERS Chrome. On Sierra WT models, includes black bumper top caps. On SLE and SLT models, includes body-color bumper top caps. | ● | ● | ● | — |
| Front, body-colored | — | — | — | ● |
| Rear, chrome step-style with pad | — | — | — | — |
| Rear, body-colored step-style with pad | — | — | — | ● |
| DOOR HANDLES Chrome | — | — | ● | ● |
| EZ-LIFT LOCKING TAILGATE | ● | ● | ● | ● |
| FRONT LICENSE PLATE BRACKET Included in all states that require a front license plate | ● | ● | ● | ● |
| GLASS Solar-Ray deep-tinted | ○ | ○ | ● | ● |
| GRILLE Chrome grille surround with black horizontal bars. WT models only. | ● | — | — | — |
| Chrome grille surround with chrome horizontal bars. On WT models, requires Work Truck Preferred Package. On Denali models, includes unique chrome upper and lower. | ○ | ● | ● | ● |
| LIGHTS Halogen front fog lamps. On WT and SLE models, requires Preferred Package. | ○ | ○ | ● | ● |
| Dual cargo area lamps | ● | ● | ● | ● |
| RECOVERY HOOKS Front, frame-mounted | ● | ● | ● | ● |
| SPRAY-IN BEDLINER Available on Crew Cab Standard and Long Box models only | ○ | ○ | ○ | ○ |
| TIRE CARRIER Outside spare, winch-type | ● | ● | ● | ● |
| WIPERS Wet-arm front intermittent | ● | ● | ● | ● |

## OUTSIDE MIRRORS—ALL MODELS

| | WT | SLE | SLT | DENALI |
|---|---|---|---|---|
| Manual-folding, black (3500HD model) | ○ | — | — | — |
| Heated power-adjustable, manual-folding, black (3500HD models only) | — | — | — | — |
| Heated power-adjustable/power-folding. With integrated turn signal indicators and driver-side auto-dimming; body-color. Not available on 3500HD models. | ○ | ○ | ● | ● |
| VERTICAL CAMPER Manual-folding with lower convex spotter glass. Standard on 3500HD models. Available on 2500HD models. | — | — | — | — |
| Heated, power-adjustable with integrated turn signal indicators; manual-folding/extension; black (convex glass is not heated or power adjustable). SLE 2500HD models require inside rearview auto-dimming mirror or inside rearview auto-dimming mirror with camera display. Standard on 3500HD SLE, SLT and Denali models. | ○ | ○ | ○ | — |

KEY   ● = STANDARD   ○ = AVAILABLE   — = NOT AVAILABLE

## SAFETY

| | WT | SLE | SLT | DENALI |
|---|---|---|---|---|
| AIR BAGS* Frontal, includes driver and front passenger single-stage air bags | ● | ● | ● | ● |
| Head curtain, front and rear, side-impact | | | | |
| 2500HD models. On SLT models, requires heated and cooled leather-appointed seating. | ○ | ○ | ○ | ● |
| 3500HD models (SRW only) | ○ | ○ | ○ | ● |
| Seat-mounted, thorax and pelvic, side-impact for driver and outboard front passenger | | | | |
| 2500HD models | ● | ● | ● | ● |
| 3500HD models (SRW only) | ● | ● | ● | ● |
| TIRE PRESSURE MONITORING SYSTEM Does not monitor spare tire. Standard on 3500HD models with GVWR less than 10,000 lbs. | ● | ● | ● | ● |
| DAYTIME RUNNING LAMPS With automatic lamp control | ● | ● | ● | ● |

## SIERRA AXLE RATINGS AND PLOW WEIGHTS

### FRONT GROSS AXLE WEIGHT RATING (FGAWR) WITH SNOW PLOW PREP PACKAGE (4WD MODELS ONLY)

| BODY | ENGINE RPO | ENGINE TYPE | 2500HD | 3500HD SRW | 3500HD DRW |
|---|---|---|---|---|---|
| Regular Cab | L96 | Gas | 5200 | 5600 | 5600 |
| | LML | Diesel | 6000 | 6000 | 6000 |
| Crew Cab Standard Box [includes Denali] | L96 | Gas | 5200 | 5600 | – |
| | LML | Diesel | 6000 | 6000 | – |
| Crew Cab Long Box [includes Denali] | L96 | Gas | 5600 | 5600 | 5600 |
| | LML | Diesel | 6000 | 6000 | 6000 |

### MAXIMUM PLOW WEIGHTS (4WD MODELS ONLY)

| BODY | ENGINE RPO | ENGINE TYPE | 2500HD | 3500HD SRW | 3500HD DRW |
|---|---|---|---|---|---|
| Regular Cab | L96 | Gas | 100/875 | 100/1000 | 100/1000 |
| | LML | Diesel | 100/825 | 100/875 | 100/875 |
| Crew Cab Standard Box [includes Denali] | L96 | Gas | 100/850 | 100/1000 | 100/1000 |
| | LML | Diesel | 100/775 | 100/775 | 100/775 |
| Crew Cab Long Box [includes Denali] | L96 | Gas | 100/825 | 100/1000 | 100/1000 |
| | LML | Diesel | 100/775 | 100/700 | 100/700 |

SRW=Single Rear Wheel   DRW=Dual Rear Wheel

*Map coverage for the Puerto Rico and the U.S. Virgin Islands available on separate disc. Coverage not available for portions of Canada.   †Go to gmtotalconnect.com to find out which phones are compatible with the vehicle.   ‡Not compatible with all devices.   §RDS functions only where stations broadcast RDS information.   ¶If you subscribe after your trial period, subscriptions are continuous until you call OnStar to cancel. See OnStar.com for coverage map and details, which are subject to change. For more information about Navi traffic, visit siriusxm.com/navtraffic. For more information about Travel Link, visit siriusxm.com/travellink. XM satellite service is available only to those in the 48 contiguous USA and DC.   #Visit onstar.com for details and system limitations.   **Always use safety belts and the correct child restraint for your child's age and size, even with air bags. Even in vehicles equipped with the Passenger Sensing System, children are safer when properly secured in a rear seat in the appropriate infant, child or booster seat. Never place a rear-facing infant restraint in the front seat of any vehicle equipped with an active frontal air bag. See your vehicle Owner's Manual and child safety seat instructions for more safety information.   ††When properly equipped; includes weight of vehicle, passengers, cargo and equipment.

# VEHICLE SPECIFICATIONS

## SIERRA HD SPECIFICATIONS

### ENGINES

| | VORTEC 6.0L V-8 VVT (L96) | DURAMAX DIESEL 6.6L V-8 TURBO (LML) |
|---|---|---|
| FUEL TYPE | Gasoline (FlexFuel) | Diesel (B20 biodiesel capable) |
| CAPACITY | 6.0 liters (364 cu. in.) | 6.6 liters (402 cu. in.) |
| SAE NET HORSEPOWER @ RPM | 360 (HS HD)(>10,000 lb GVWR) 322 (4.4 HD)(>10,000 lb GVWR) | 397 @ 3000 |
| SAE NET TORQUE @ RPM [LB-FT] | 380 @ 4200 | 765 @ 1600 |
| TRANSMISSIONS | Electronically controlled 6-speed heavy-duty automatic transmission with overdrive, electronic engine grade braking and Tow/Haul mode | Electronically controlled Allison 1000 Series 6-speed automatic transmission with overdrive, electronic engine grade braking and Tow/Haul mode |

### STANDARD TECHNICAL DATA

| | | |
|---|---|---|
| Series/Drive Type | All models: Power 4-wheel antilock braking system | |
| | 2WD | 4WD |
| BRAKES | 14" dia. 4-wheel disc | 14" dia. 4-wheel disc |
| STEERING | Power recirculating ball | Power recirculating ball |
| FUEL TANK CAPACITY [Approx. gals. - Standard / Long Box] | 36.0 | 36.0 |
| ALTERNATOR [Amps] | 105 | 105 |

### MAXIMUM GVWR (GROSS VEHICLE WEIGHT RATING) VORTEC 6.0L V-8/DURAMAX DIESEL 6.6L V-8 TURBO

| | REGULAR CAB | | CREW CAB | |
|---|---|---|---|---|
| | 2WD | 4WD | 2WD | 4WD |
| 2500HD | | | | |
| Standard Box | — / — | 9500/10,000 | 10,000/10,000 | 9500/10,000 |
| Long Box | 10,700/11,400 | 11,000/11,500 | 10,000/10,000 | 10,000/10,000 |
| 3500HD | | | | |
| SRW | 13,400/13,025 | 13,025/13,025 | 10,500/10,000 | 10,500/10,000 |
| DRW | | | 13,200/16,500 | 13,200/16,500 |

### SELECT RATINGS All capacities in lbs

| | MAXIMUM PAYLOAD² | | |
|---|---|---|---|
| | 2WD/4WD | 2WD | 4WD |
| 2500HD | | | |
| Regular Cab Long Box | 4092/3538 | 13,000 /13,000 | 13,000 /13,000 |
| Crew Cab Standard Box | 3347/3866 | 13,800 /16,000 | 13,000 /13,000 |
| Denali Crew Cab Standard Box | 3347/3866 | 13,000 /13,000 | 13,000 /13,000 |
| Crew Cab Long Box | 3247/3305 | 13,000 /13,000 | 13,000 /13,000 |
| 3500HD | | | |
| Regular Cab SRW | 4825/4609 | 13,000 /— | 14,200 /17,400 |
| DRW | 7222/6976 | 14,700 /— | 14,200 /— |
| Crew Cab SRW Standard Box | 4187/4780 | 13,000 /10,000 | 14,000 /17,200 |
| SRW Long Box | 4208/4266 | 13,000 /13,000 | 13,900 /17,300 |
| Denali SRW | 4187/4780 | 13,000 /13,000 | 14,000 /17,200 |
| DRW | 6245/5994 | 15,600 /16,500 | 13,500 /22,980 |
| Denali DRW | 6245/5994 | 13,500 /16,500 | 13,500 /22,300 |

### MAXIMUM TRAILERING BALL HITCH
Vortec 6.0L V-8/Duramax Diesel 6.6L V-8 Turbo

| | REGULAR CAB | | CREW CAB | |
|---|---|---|---|---|
| | 2WD | 4WD | 2WD | 4WD |
| 2500HD | 14,500/16,700 | 14,200/17,400 | 14,000/17,000 | 14,400/17,000 |
| 3500HD | | | | |
| SRW | 14,200/17,400 | 14,200/17,400 | 13,000/16,800 | 13,000/15,800 |
| DRW | 14,200/17,400 | 14,200/17,400 | 13,000/14,700 | 13,000/14,700 |

### MAXIMUM TRAILERING FIFTH-WHEEL OR GOOSENECK
Vortec 6.0L V-8/Duramax Diesel 6.6L V-8 Turbo

| | REGULAR CAB | CREW CAB | |
|---|---|---|---|
| | 2WD | 4WD | 2WD | 4WD |
| 2500HD | — | 153.70" | 14,000/17,000 | 14,400/17,000 |
| 3500HD | | | | |
| SRW | 133.7" | 167.70" | 13,000/16,800 | 13,800/16,800 |
| DRW | | | 13,200/22,300 | 13,200/22,300 |

### CARGO DIMENSIONS³

| | STANDARD BOX | LONG BOX |
|---|---|---|
| Cargo Volume | 69.7 cu. ft. | 76.5 cu. ft. |
| Inside Width at Floor | 62.46" | 62.46" |
| Box Length at Floor | 78.9" | 97.80" |

### EXTERIOR DIMENSIONS

| | | REGULAR CAB | | CREW CAB |
|---|---|---|---|---|
| Height | | 77.60"-77.80" | | 78.10"-78.30" |
| Overall Length | Standard Box | 225.0" | | 242.20" |
| | Long Box | 258.10" | | — |

### WHEELBASE

| | REGULAR CAB | | CREW CAB |
|---|---|---|---|
| Standard Box | 133.7" | | 153.70" |
| Long Box | — | | 167.70" |

### FRONT SUSPENSIONS¹ INDEPENDENT TORSION BAR–2500HD/3500HD

STANDARD FRONT AXLE CAPACITY

| | 2WD | 4WD |
|---|---|---|
| Regular Cab [lbs] | 4400/4400 | 4400/4400 |
| Crew Cab [lbs] | 4400/4400 | 4800/4800 |

STANDARD FRONT SPRING CAPACITY

| | 2WD | 4WD |
|---|---|---|
| Regular Cab [lbs] | 4400/4400 | 4400/4400 |
| Crew Cab [lbs] | 4400/4400 | 4800/4800 |

### REAR SUSPENSIONS¹ SEMI-ELLIPTICAL MULTILEAF– 2500HD/3500HD-SRW/3500HD-DRW

REAR AXLE CAPACITY

| | 2WD |
|---|---|
| Regular Cab [lbs] | 6200/7050/9805 |
| Crew Cab [lbs] | 6200/7050/9805 |

REAR SPRING CAPACITY

| | 2WD |
|---|---|
| Regular Cab [lbs] | 6200/7050/9825 |
| Crew Cab [lbs] | 6200/7050/9375 |

REAR AXLE CAPACITY

| | 4WD |
|---|---|
| Regular Cab [lbs] | 6200/7050/9805 |
| Crew Cab [lbs] | 6200/7050/9375 |

REAR SPRING CAPACITY

| | 4WD |
|---|---|
| Regular Cab [lbs] | 6200/7050/9375 |
| Crew Cab [lbs] | 6200/7050/9375 |

¹When properly equipped; includes weight of vehicle, passengers, cargo and equipment. ²Cargo and load capacity limited by weight and distribution. ³Maximum payload capacity includes weight of driver, passengers, optional equipment and cargo. *Maximum trailer weight ratings are calculated assuming a base vehicle, except for any option(s) necessary to achieve the rating, plus driver. The weight of other optional equipment, passengers and cargo will reduce the maximum trailer weight your vehicle can tow. *Capacities and weight ratings are dependent on model, engine, transmission and GVWR combinations. See your GMC dealer for details.

# IMPORTANT WORDS

**COMMITMENT PLUS**

From the owner orientation – and full tank of gas – you receive when you take possession of your Sierra HD to the **24-Hour Roadside Assistance, Courtesy Transportation** and **Travel Benefits**, Commitment Plus is a portfolio of owner privileges that lasts throughout your warranty. For expert product information, Roadside Assistance or other services, call 1-800-GMC-8782.

**TRAVEL BENEFITS AND ROADSIDE ASSISTANCE** Available around the clock: trip routing service, a program for reimbursement for trip interruption due to necessary warranty repairs, towing, flat tire change, jump-starts and more for 5 years or 100,000 miles (whichever comes first).

**COURTESY TRANSPORTATION** Available at participating dealers: shuttle service, reimbursement of certain public transportation or fuel expenses for overnight warranty repairs and courtesy rental for overnight repairs. See your dealer for details.

**GMC OWNER CENTER** A complimentary, one-stop resource to enhance your GMC ownership experience. It's easy to sign up. Just go to gm.com/gmownercenter/gmc.

**ONSTAR**

 OnStar is a standard on all Sierra HD. Benefiting from more than a decade of innovative development, it is both a highly advanced technology – fully integrated within the vehicle – and a warm human service. Standard on all Sierra HD models (except VYT) are 6 months of the OnStar Directions & Connections Plan, including the convenience of available Hands-Free Calling. Trials include Automatic Crash Response, Stolen Vehicle Assistance, link to Emergency Services, Roadside Assistance, Remote Door Unlock, OnStar Vehicle Diagnostics, Crisis Assist and Remote Horn and Lights. OnStar services require vehicle electrical system (including battery), wireless service and GPS satellite signals to be available and operating for features to function properly. OnStar acts as a link to existing emergency service providers. Not all vehicles may transmit all crash data. Visit onstar.com for coverage maps, details and system limitations. Services vary with conditions.

**HANDS-FREE CALLING**

Available OnStar Hands-Free Calling capability is built into your Sierra HD. It's there when your cell phone is unavailable, its battery is low, you can't reach it easily or you left it at home or in the office. Your Hands-Free Calling system is the right choice whenever you need an easy way to make and receive calls – at the touch of the phone icon on the rearview mirror or the steering wheel-mounted controls. Voice-activated dialing is convenient because you don't have to dial when you are at the wheel. And Hands-Free Calling is reliable because it's specially designed for better reception and fewer dropped calls in areas of limited cellular reception.

**ONSTAR TURN-BY-TURN NAVIGATION**

Standard on all Sierra HD models (except VYT) are 6 months of the OnStar Directions & Connections Plan that adds innovative, easy-to-use Turn-by-Turn Navigation plus Information and Convenience Services and Driving Directions. With Turn-by-Turn Navigation, you simply tell the OnStar Advisor your intended destination, and directions will automatically be sent to your Sierra HD. As you drive off course, the system can reroute you to your intended destination. An automated voice then guides you turn-by-turn until you arrive at your destination. Turn-by-Turn Navigation is further enhanced with eNAV, allowing you to send MapQuest® directions directly to your vehicle. No need to print out directions, just call them up with simple voice commands.

**SIRIUSXM SATELLITE RADIO**

 SiriusXM Satellite Radio® is standard on all Sierra HD models (except VYT). (Includes 3 trial months of service.) SiriusXM Satellite Radio makes your drive come alive with commercial-free music channels from virtually every genre, artist-dedicated channels, live performances and more. Tune in to live play-by-play from the biggest sports, exclusive entertainment from top personalities, compelling talk, hilarious comedy, world-class news, local traffic and weather and family-friendly programming. Welcome to the world of satellite radio. Visit siriusxm.com for details.

**GMC CERTIFIED SERVICE**

To help your Sierra HD live up to the performance promise, GMC Certified Service – found exclusively at your GMC dealer – is there. With all the engineering excellence in Sierra, GM-trained technicians have the expertise to care for all of it.

**VISIT US AT GMC.COM**

 **FACEBOOK.COM/GMC**

# ADDITIONAL NOTES

**A NOTE ON CHILD SAFETY** Always use safety belts and the correct child restraint for your child's age and size, even with air bags. Even in vehicles equipped with the Passenger Sensing System, children are safer when properly secured in a rear seat in the appropriate infant, child or booster seat. Never place a rear-facing infant restraint in the front seat of any vehicle equipped with an active frontal air bag. See your vehicle Owner's Manual and child safety seat instructions for more safety information.

**TRAILERING AND OFF-ROAD INFORMATION** Please carefully review the Owner's Manual for important safety information about trailering or off-road driving in your vehicle.

**IMPORTANT WORDS ABOUT THIS CATALOG** We have tried to make this catalog comprehensive and factual. We reserve the right, however, to make changes at any time, without notice, in prices, colors, materials, equipment, specifications, models and availability. Specifications, dimensions, measurements, ratings and other numbers in this catalog and other printed materials provided are the dealership or offered to vehicles are approximate based upon design and engineering drawings and prototypes and laboratory tests. Your vehicle may differ due to variations in manufacture and equipment. Since some information may have been updated since the time of printing, please check with your GMC dealer for complete details. GMC reserves the right to lengthen or shorten the model year for any product for any reason, or to start and end model years at different times. All competitive claims are based on the latest information available at the time of printing and are subject to change. 2017 production equipment.

**FLEET ORDERS** Some standard content may be deleted with fleet orders. See dealer for details.

**ENGINES** GMC products are equipped with engines produced by GM Powertrain or other suppliers to GM worldwide. The engines in GMC products may also be used in other GM makes and models.

**GMC.COM** See more of Sierra HD on our Web site: gmc.com/sierra. More photos and information; hot links to related subjects; convenient dealer locator; pricing guide; spec out your own vehicle. Or call 1-800-GMC-8782.

**AN IMPORTANT NOTE ABOUT ALTERATIONS AND WARRANTIES** Installations or alterations to the original equipment vehicle (or chassis) as distributed by General Motors are not covered by the General Motors New-Vehicle Limited Warranty. The special body company, assembler, equipment installer or upfitter is solely responsible for warranties on the body or equipment and any alterations (or any effect of the alterations) to any of the parts, components, systems or assemblies installed by GM. General Motors is not responsible for the safety or quality of design features, materials or workmanship of any alterations by such suppliers.

**NEW-VEHICLE LIMITED WARRANTY** All GMC light-duty vehicles come with a fully transferable, no-deductible 5-year/ 100,000-mile (whichever comes first) Powertrain Limited Warranty. GM vehicles registered in the USA are also covered for 3 years or 36,000 miles (whichever comes first). Coverage includes tires and towing to your nearest GMC dealership. Repairs will be made to correct any vehicle defect and most warranty repairs will be made at no charge. In addition, rust-through corrosion will be covered for 6 years or 100,000 miles (whichever comes first). See dealer for details.

**ASSEMBLY** GMC vehicles and their components are assembled or produced by different operating units of General Motors, its subsidiaries or suppliers to GM worldwide. We sometimes find it necessary to produce GMC vehicles with different or differently sourced components than originally scheduled. Since some options may be unavailable when your vehicle is assembled, we suggest that you verify that your vehicle includes the equipment you ordered or, if there are changes, that they are acceptable to you.

**GMMOBILITY.COM** (1-800-323-9935) GM Mobility offers financial assistance for eligible adaptive equipment to make automotive travel easier for persons with disabilities or special transportation needs. To learn more about special GM Mobility offers, visit gmmobility.com.

**GMCARDMEMBERSERVICES.COM** Did you know about the family of reward credit cards that can help you get a great deal on a new car or truck, SUV or crossover? With a GM reward card, you accrue earnings on every credit card purchase and your purchases or make it an eligible new GM vehicle. With three cards to choose from, you're sure to find one that suits you.

Visit onstar.com for coverage map, details and system limitations. OnStar Hands-Free Calling requires existing OnStar service contract, prepaid minutes. Not available in certain markets. Calls can be made in U.S. and Canada only. *If you subscribe after your trial period, subscriptions are continuous until you call OnStar to cancel. See SiriusXM Customer Agreement for complete terms at siriusxm.com. Other fees and taxes will apply. All fees and programming subject to change. For more information about NavTraffic, visit siriusxm.com/NavTraffic. XM satellite service is available only to those in the 48 contiguous USA and DC.

SiriusXM name and logo are trademarks of SiriusXM Radio Inc. OnStar slogans, emblems, vehicle model names, slogans, vehicle body designs and other marks appearing in this catalog are the trademarks and/or service marks of General Motors, its subsidiaries, affiliates or licensors. iPad and iPhone are registered trademarks of Apple Inc. Facebook is a registered trademark of Facebook Inc. Twitter is a registered trademark of Twitter Inc. YouTube is a registered trademark of Google Inc. Sirius, XM and all related marks and logos are trademarks of SiriusXM Radio Inc.

 **TWITTER.COM/THISISGMC**

 **YOUTUBE.COM/GMC**

