# EXHIBIT 13

INTERNET ARCHIVE WayBackMachine
1 capture
23 Apr 2016
http://www.bosch-presse.de/presseforum/details.htm?txtID=2603&locale=en  Go
MAR APR 23 2015 2016

# Bosch Media Service 

## Mobility Solutions

The brain of diesel injection
### New Bosch EDC17 engine management system
- Effective control of combustion
- Concept tailored for all vehicle classes and markets
- Ready for standardization with Autosar

February 28, 2006
Mobility Solutions
Press releases

### press release

In 2006 Bosch will introduce a new generation of diesel engine control units with the EDC17. The Electronic Diesel Control (EDC) controls every parameter that is important for effective, low-emission combustion.

**EDC17: Ready for future demands**
Because the computing power and functional scope of the new EDC17 can be adapted to match particular requirements, it can be used very flexibly in any vehicle segment on all the world's markets. In addition to controlling the precise timing and quantity of injection, exhaust gas recirculation, and manifold pressure regulation, it also offers a large number of options such as the control of particulate filters or systems for reducing nitrogen oxides. The Bosch EDC17 determines the injection parameters for each cylinder, making specific adaptations if necessary. This improves the precision of injection throughout the vehicle's entire service life. The system therefore makes an important contribution to observing future exhaust gas emission limits. The improved control functions also open up potential for employing new combustion processes, with even cleaner emissions, such as the process known as "partially homogeneous combustion."

Specialists from both the Diesel Systems and Gasoline Systems Divisions at Bosch have worked together closely to develop the new generation of electronic control units. This involved the development of a new and improved system architecture, prepared for future standards such as Autosar (Automotive Open System Architecture). The proven plug and housing design of the EDC16 has been retained. The EDC17 therefore satisfies both the present and the future requirements of an engine management system.

*The Bosch Group is a leading global supplier of technology and services. It employs roughly 375,000 associates worldwide (as of December 31, 2015). According to preliminary figures, the company generated sales of more than 70 billion euros in 2015. Its operations are divided into four business sectors: Mobility Solutions, Industrial Technology, Consumer Goods, and Energy and Building Technology. The Bosch Group comprises Robert Bosch GmbH and its roughly 440 subsidiaries and regional companies in some 60 countries. Including sales and service partners, Bosch's global manufacturing and sales network covers some 150 countries. The basis for the company's future growth is its innovative strength. Bosch employs 55,800 associates in research and development at roughly 115 locations across the globe. The Bosch Group's strategic objective is to deliver innovations for a connected life. Bosch improves quality of life worldwide with products and services that are innovative and spark enthusiasm. In short, Bosch creates technology that is ï¿½Invented for life.ï¿½*

*The company was set up in Stuttgart in 1886 by Robert Bosch (1861-1942) as ï¿½Workshop for Precision Mechanics and Electrical Engineering.ï¿½ The special ownership structure of Robert Bosch GmbH guarantees the entrepreneurial freedom of the Bosch Group, making it possible for the company to plan over the long term and to undertake significant up-front investments in the safeguarding of its future. Ninety-two percent of the share capital of Robert Bosch GmbH is held by Robert Bosch Stiftung GmbH, a charitable foundation. The majority of voting rights are held by Robert Bosch Industrietreuhand KG, an industrial trust. The entrepreneurial ownership functions are carried out by the trust. The remaining shares are held by the Bosch family and by Robert Bosch GmbH.*

*Additional information is available online at www.bosch.com and www.bosch-press.com, http://twitter.com/BoschPresse.*

PI5158 - February 28, 2006

http://www.bosch-presse.de/presseforum/details.htm?txtID=2603&locale=en    Go

1 capture
23 Apr 2016

MAR
23
2015 2016

**Send Email***(https://web.archive.org/web/20160423201504/mailto:florian.flaig@bosch.com)*