# EXHIBIT 14

# Bosch Auto Parts





### Bosch eXchange
- As good as new parts: Remanufactured parts from Bosch eXchange.



### Electronic Repair Service
- A benefit for workshops: Top quality repair by Bosch electronic specialists.

## Engine management



**Product information**

### Engine management: perfectly regulated engine functions

The EDC (Electronic Diesel Control) is the engine management system for diesel vehicles. It regulates the functions of the injection system and ensures that the engine provides the requested engine torque. The injection is constantly adjusted to both the engine and the driving situation. Diesel engines with a Bosch engine management system impress with their dynamic performance, low fuel consumption and optimized engine performance.

**Benefits**

- Efficient operation due to quick adaption of all injection parameters



### Bosch Service
- Make the most of first-class quality service at your local Bosch Service.

© Robert Bosch GmbH