# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE DURAMAX DIESEL LITIGATION | Case No. 1:17-cv-11661<br><br>Honorable Thomas L. Ludington<br><br>Magistrate Judge Patricia T. Morris |

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW WILLIAM KALAS AS COUNSEL OF RECORD FOR PLAINTIFFS

Pursuant to L.R. 83.25(b)(2), undersigned counsel respectfully moves for leave to withdraw the appearance of William Kalas as counsel of record in this and all related matters on behalf of Plaintiff(s) in the above captioned action. As of January 13, 2023, Mr. Kalas is no longer with The Miller Law Firm, P.C.

No substitution of counsel is necessary as Plaintiffs continue to be represented by other attorney(s) of record from The Miller Law Firm, P.C.

Concurrence was sought and unopposed by defense counsel on January __, 2023.

Dated: January 30, 2023

Respectfully submitted,

By: /s/ *Dennis A. Lienhardt*
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
THE MILLER LAW FIRM PC
950 West University Drive, Ste. 300

Rochester, Michigan 48307
(248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE DURAMAX DIESEL LITIGATION | Case No. 1:17-cv-11661<br><br>Honorable Thomas L. Ludington<br><br>Magistrate Judge Patricia T. Morris |

## BRIEF IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO WITHDRAW WILLIAM KALAS AS ONE OF COUNSEL FOR PLAINTIFFS

For their brief in support, Plaintiffs rely on the contents of their Motion.

Dated: January 30, 2023

Respectfully submitted,

By: /s/ *Dennis A. Lienhardt*
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
THE MILLER LAW FIRM PC
950 West University Drive, Ste. 300
Rochester, Michigan 48307
(248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

*/s/ Dennis A. Lienhardt*
Dennis A. Lienhardt
