UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSHUA HERMAN *et al.*,

        Plaintiffs,                              Case No. 1:17-cv-11661

v.                                                       Honorable Thomas L. Ludington
                                                                United States District Judge
GENERAL MOTORS, LLC and
ROBERT BOSCH LLC,

        Defendants.
_____/

### ORDER DENYING DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW

This matter is before this Court upon Attorney Heather Bartels's Motion to Withdraw Heather Bartels as Counsel of Record for General Motors LLC. ECF No. 424.

Although no substitution is necessary because Kirkland & Ellis has other attorneys who will continue to represent Defendant GM, they have provided no reasons for Heather Bartels's withdrawal. *See generally id.*

Accordingly, it is **ORDERED** that Attorney Heather Bartels's Motion to Withdraw, ECF No. 424, is **DENIED WITHOUT PREJUDICE**.

**This is not a final order and does not close the above-captioned case.**

Dated: February 7, 2023                                                s/Thomas L. Ludington
                                                                                THOMAS L. LUDINGTON
                                                                                United States District Judge