**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IN RE: DURAMAX DIESEL LITIGATION | Case No. 1:17-cv-11661-TLL-PTM<br><br>Hon. Thomas L. Ludington<br>Magistrate Judge Patricia T. Morris |

**MOTION FOR LEAVE TO WITHDRAW HEATHER BARTELS AS COUNSEL OF RECORD FOR GENERAL MOTORS LLC**

Pursuant to L.R. 83.25(b)(2), the undersigned counsel respectfully moves for leave to withdraw the appearance of Heather Bartels as counsel of record on behalf of Defendant General Motors LLC in the above-captioned action as Ms. Bartels is no longer with Kirkland & Ellis LLP.

No substitution of counsel is necessary as Defendant General Motors LLC continues to be represented by other attorneys of record from Kirkland & Ellis LLP and Dykema Gossett PLLC.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that during a Zoom meet-and-confer on February 3, 2023, counsel for plaintiffs confirmed that they do not oppose the relief requested by this Motion. In an email on February 7, 2023, counsel for the Bosch Defendants also confirmed that they do not oppose the requested relief.

By: */s/ Renee D. Smith*
Renee D. Smith

Dated: February 7, 2023

Respectfully submitted,

*/s/ Renee D. Smith*

Renee D. Smith
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
E-mail: rdsmith@kirkland.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this February 7, 2023, I electronically filed the foregoing motion with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

*/s/ Renee D. Smith*
Renee D. Smith
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
E-mail: rdsmith@kirkland.com