UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE DURAMAX DIESEL LITIGATION          Case No. 1:17-cv-11661

                                             Honorable Thomas L. Ludington
                                             United States District Judge

_____/

## JUDGMENT

In accordance with the Opinion and Order entered today:

It is **ORDERED** that Defendants' Motions for Summary Judgment, ECF No. 363; 365; 373, are **GRANTED**.

Further, it is **ORDERED** that Plaintiffs' Complaints, ECF Nos. 1; 18; 158; 203; 204; 307; 308, are **DISMISSED WITH PREJUDICE**.

Further, it is **ORDERED** that Plaintiffs' Motions to Certify Class, ECF No. 364; 366, are **DENIED AS MOOT**.

Further, it is **ORDERED** that Plaintiffs' Motions to Exclude Expert Testimony, ECF No. 367; 368, are **DENIED AS MOOT**.

Further, it is **ORDERED** that Defendants' Motions to Exclude Expert Testimony, ECF No. 370; 371, are **DENIED AS MOOT**.

**This is a final order and closes the above-captioned case**.

Dated: July 12, 2023                                          <u>s/Thomas L. Ludington</u>
                                                                          THOMAS L. LUDINGTON
                                                                          United States District Judge