# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 03, 2024

Ms. Kinikia D. Essix
Eastern District of Michigan at Bay City
1000 Washington Avenue
Suite 219 Federal Building
Bay City, MI 48708-0000

Re: Case No. 23-1648/23-1696/23-1697/23-1698, *Andrei Fenner, et al v. General Motors, LLC, et al*
Originating Case No. 1:17-cv-11661

Dear Ms. Essix,

   Enclosed is a copy of the mandate filed in this case.

                              Sincerely,

                              s/Abby Hahn
                              for Sharday Swain, Case Manager

cc: Mr. Steve W. Berman
   Mr. Carmine D. Boccuzzi Jr.
   Mr. Brandon L Boxler
   Mr. Jeffrey Bramson
   Mr. Cole Carter
   Mr. James E. Cecchi
   Mr. Stephen D'Aunoy
   Ms. Shauna Itri
   Mr. William R. Jansen
   Mr. Jonathan E. Lauderbach
   Mr. Jay P. Lefkowitz
   Mr. Dennis A. Lienhardt Jr.
   Ms. Abena Ayowa Mainoo

Mr. Jonathan S. Martel
Mr. Charles Wade Miller
Mr. E. Powell Miller
Mr. James Albert O'Brien
Mr. Eric D. Pearson
Ms. Jennifer Rebecca Scullion
Mr. Christopher A. Seeger
Mr. Matthew D. Slater
Ms. Renee D. Smith
Mr. Garth D. Wojtanowicz

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-1648/23-1696/23-1697/23-1698

_____

Filed: December 03, 2024

ANDREI FENNER, ET AL

    Plaintiffs

and

PHILLIP BURNS; JAMES T. CRUNKLETON, III; ANTHONY GADECKI; MATTHEW HENDERSON; JOSHUA HERMAN; CARRIE LYNNE MIZELL; MICHAEL REICHERT; KURT ROBERTS; GEORGE STANLEY; GREGORY WILLIAMS [23-1648]

ANDERTON PLAINTIFFS [23-1696]

BULAON PLAINTIFFS [23-1697]

PANTEL PLAINTIFFS [23-1698]

    Plaintiffs - Appellants

v.

GENERAL MOTORS, LLC; ROBERT BOSCH GMBH; ROBERT BOSCH LLC

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 08/21/2024 the mandate for this case hereby issues today.

COSTS: None