UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE DURAMAX DIESEL LITIGATION[1]

Case No. 1:17-cv-11661

Honorable Thomas L. Ludington
United States District Judge

______________________________________/

**ORDER REOPENING CASE AND DIRECTING SUPPLEMENTAL BRIEFING**

On July 12, 2023, this Court granted summary judgment in favor of Defendants and dismissed the case, concluding that Plaintiffs' state-law claims were "impliedly preempted by the Clean Air Act, 42 U.S.C. § 7401 *et seq.*, and Plaintiffs lack[ed] statutory standing for their federal

[1] This case consolidates 30 cases. *Herman v. Gen. Motors LLC*, No. 1:17-CV-11661 (E.D. Mich. filed May 25, 2017); *Mizell v. Gen. Motors LLC*, No. 2:17-CV-11984 (E.D. Mich. filed June 21, 2017); *Anderton v. Gen. Motors LLC*, No. 1:19-CV-11306 (E.D. Mich. filed May 6, 2019); *Harvell v. Gen. Motors LLC*, No. 1:19-CV-11307 (E.D. Mich. filed May 6, 2019); *Arkels v. Gen. Motors LLC*, No. 1:19-CV-11308 (E.D. Mich. filed May 6, 2019); *Hackett v. Gen. Motors LLC*, No. 1:19-CV-11313 (E.D. Mich. filed May 6, 2019); *Barger v. Gen. Motors LLC*, No. 1:19-CV-11320 (E.D. Mich. filed May 6, 2019); *Andersen v. Gen. Motors LLC*, No. 1:19-CV-11331 (E.D. Mich. filed May 7, 2019); *Patton v. Gen. Motors LLC*, No. 1:19-CV-11332 (E.D. Mich. filed May 7, 2019); *Ahearn v. Gen. Motors LLC*, No. 1:19-CV-11337 (E.D. Mich. filed May 7, 2019); *Lanctot v. Gen. Motors LLC*, No. 1:19-CV-11339 (E.D. Mich. filed May 7, 2019); *Beavers v. Gen. Motors LLC*, No. 1:19-CV-11341 (E.D. Mich. filed May 7, 2019); *Bradford v. Gen. Motors LLC*, No. 1:19-CV-11344 (E.D. Mich. filed May 7, 2019); *Quaid v. Gen. Motors LLC*, No. 1:19-CV-11348 (E.D. Mich. filed May 7, 2019); *Anderson v. Gen. Motors LLC*, No. 1:19-CV-11349 (E.D. Mich. filed May 7, 2019); *Bloom v. Gen. Motors LLC*, No. 1:19-CV-11351 (E.D. Mich. filed May 8, 2019); *Jaramillo v. Gen. Motors LLC*, No. 1:19-CV-11354 (E.D. Mich. filed May 8, 2019); *Fetters v. Gen. Motors LLC*, No. 1:19-CV-11357 (E.D. Mich. filed May 8, 2019); *Oliver v. Gen. Motors LLC*, No. 1:19-CV-11365 (E.D. Mich. filed May 8, 2019); *Aten v. Gen. Motors LLC*, No. 1:19-CV-11366 (E.D. Mich. filed May 8, 2019); *Garza v. Gen. Motors LLC*, No. 1:19-CV-11368 (E.D. Mich. filed May 8, 2019); *Scott v. Gen. Motors LLC*, No. 1:19-CV-11370 (E.D. Mich. filed May 8, 2019); *Bago v. Gen. Motors LLC*, No. 1:19-CV-11372 (E.D. Mich. filed May 9, 2019); *Gravatt v. Gen. Motors LLC*, No. 1:19-CV-11374 (E.D. Mich. filed May 9, 2019); *Abney v. Gen. Motors LLC*, No. 1:19-CV-11376 (E.D. Mich. filed May 9, 2019); *Sloan v. Gen. Motors LLC*, No. 1:19-CV-11379 (E.D. Mich. filed May 9, 2019); *Richardson v. Gen. Motors LLC*, No. 1:19-CV-11381 (E.D. Mich. filed May 9, 2019); *Balch v. Gen. Motors LLC*, No. 1:19-CV-11394 (E.D. Mich. filed May 10, 2019); *Pantel v. Gen. Motors LLC*, No. 1:19-CV-13219 (E.D. Mich. filed Nov. 1, 2019); *Bulaon v. Gen. Motors LLC*, No. 1:19-CV-13220 (E.D. Mich. filed Nov. 1, 2019).

RICO claim because they are indirect purchasers." ECF Nos. 444 at PageID.48701; 445. Plaintiffs appealed. ECF No. 446. The United States Court of Appeals for the Sixth Circuit affirmed in part and reversed in part, holding that "state-law claims are not impliedly preempted by the Clean Air Act" but "Plaintiffs are indirect-purchasers and thus do not have standing" to bring their federal RICO claims. ECF No. 458 at PageID.48903. This case will therefore be reopened for remand proceedings.

But the Parties disagree on how the case should proceed on remand. *See* ECF No. 465 at PageID.48965–83. As a result, they will be directed to submit supplemental briefing, not to exceed 25 pages, further elaborating their proposed paths forward, on or before March 16, 2026.

Accordingly, it is **ORDERED** that this case is **REOPENED**.

Further, it is **ORDERED** that the Parties are **DIRECTED** to submit supplemental briefs on the above-described issue, **not to exceed 25 pages**, **on or before March 16, 2026**.

Dated: January 9, 2026

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge